ADAM L. BRAVERMAN
United States Attorney
PHILLIP L.B. HALPERN
Assistant U.S. Attorney
California Bar No. 133370
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6964
Fax: (619) 546-0450
Email: Phillip.Halpern@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>              Plaintiff, <br>     v. <br> DUNCAN D. HUNTER et al., <br>              Defendants. | Case No. 18CR3677-W <br><br> NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

    <u>Name</u>

    W. Mark Conover

1     Effective this date, <u>the following attorneys are no longer associated with this case</u>
2 and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in
3 this case (if the generic "U.S. Attorney CR" is still listed as active in this case in
4 CM/ECF, please terminate this association):

5     <u>Name</u>

6     None.

7 Please feel free to call me if you have any questions about this notice.

8 DATED: August 22, 2018.

9     ADAM L. BRAVERMAN
    United States Attorney

10

11     *s/ Phillip L.B. Halpern*
    PHILLIP L.B. HALPERN
    Assistant U.S. Attorney

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DUNCAN D. HUNTER et al.,<br>Defendants. | Case No. 18CR3677-W<br>**CERTIFICATE OF SERVICE** |
|---|---|

11  IT IS HEREBY CERTIFIED THAT:

12  I, the undersigned, declare under penalty of perjury that I have served the

13  foregoing document on the above-captioned party(ies) by:

14  ■ electronically filing it with the U.S. District Court for the Southern District of California using its ECF System, which electronically notifies the party(ies).

15
16  ☐ causing the foregoing to be mailed by first class mail to the parties identified with the District Court Clerk on the ECF System.

17  ☐ causing the foregoing to be mailed by first class mail to the following non-ECF participant at the last known address, at which place there is delivery service of mail from the United States Postal Service:
18

19  Executed on August 22, 2018.

20

21         *s/ Phillip L.B. Halpern*
22         PHILLIP L.B. HALPERN
           Assistant U.S. Attorney

23
24
25
26
27
28