```
ADAM L. BRAVERMAN
United States Attorney
EMILY ALLEN
Assistant U.S. Attorney
California Bar No. 234961
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619)546-9738
Fax: (619) 546-0450
Email:  emily.allen@usdoj.gov
```

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 18-CR-03677-W |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| HUNTER, et al, | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Emily W. Allen

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in

this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

N/A

Please feel free to call me if you have any questions about this notice.

DATED: August 23, 2018.

        ADAM L. BRAVERMAN
        United States Attorney

        */s/ Emily W. Allen*
        EMILY W. ALLEN
        Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>         Plaintiff, ) <br>    v. ) <br> HUNTER, et al, ) <br>         Defendants. ) | Case No. 18-CR-03677-W <br><br> **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

    I, EMILY W. ALLEN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance** on the parties by electronically filing the foregoing with the Clerk of the U.S. District Court for the Southern District of California using its ECF System.

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED: August 23, 2018.

                                            */s/ Emily W. Allen* <br>
                                            EMILY W. ALLEN <br>
                                            Assistant U.S. Attorney