Gregory A. Vega, Esq. (CABN 141477)
Philip B. Adams, Esq. (CABN 317948)
Ricardo Arias, Esq. (CABN 321534)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California  92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
E-Mail:      vega@scmv.com; padams@scmv.com;
                 arias@scmv.com

Attorneys for Defendant DUNCAN D. HUNTER

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Magistrate Judge William Gallo)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  18-CR-3677-W |
| Plaintiff, | **NOTICE OF APPEARANCE OF PHILIP B. ADAMS** |
| v. | |
| DUNCAN D. HUNTER, | Magistrate Judge William Gallo |
| Defendant. | |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that attorney Philip B. Adams hereby appears for Defendant DUNCAN D. HUNTER.

Dated: August 28, 2018        SELTZER CAPLAN McMAHON VITEK
                                                A Law Corporation

                                                By:    *s/ Philip B. Adams*
                                                         Gregory A. Vega
                                                         Philip B. Adams
                                                         Ricardo Arias
                                                Attorneys for Defendant, DUNCAN D. HUNTER

Case No. 18-CR-3677-W

NOTICE OF APPEARANCE OF PHILIP B. ADAMS

SELTZER CAPLAN McMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8177

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I am over the age of eighteen and am not a party to this action. On today's date, I filed a true and correct copy of the foregoing document(s) through this court's Electronic Filing System (ECF). By virtue of the ECF system, Counsel for Plaintiff, and all interested parties, were served electronically upon the filing of this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 28, 2018       SELTZER CAPLAN McMAHON VITEK
                              A Law Corporation

                              s/ Philip B. Adams
                              Attorneys for Defendant, DUNCAN D. HUNTER
                              E-Mail: padams@scmv.com

SELTZER CAPLAN McMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8177

Case No. 18-CR-3677-W

**NOTICE OF APPEARANCE OF PHILIP B. ADAMS**