

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR3677-W |
| Plaintiff, | |
| v. | ORDER AUTHORIZING DISCLOSURE AND PROTECTIVE ORDER REGARDING DISCOVERY |
| DUNCAN D. HUNTER, (1) MARGARET E. HUNTER, (2) | |
| Defendant. | |

Pursuant to the stipulation of the parties, Federal Rules of Criminal Procedure 6(e) and 16(d) ("Rules"), and General Order No. 514 of the United States District Court for the Southern District of California ("General Order No. 514"), IT IS HEREBY ORDERED that:

1. The United States is authorized to disclose grand jury matter and sealed documents as required in connection with this judicial proceeding.

2. All discovery produced by the United States in this case is for use by the defense solely for investigating, preparing for trial, trial, and any appeals of this criminal case, and for no other purpose. The defense may not distribute, disseminate, disclose, or exhibit discovery materials to any person who is not a part of the defense except as further set forth herein.

2. Counsel of record shall ensure that every member of his defense team, including the defendant, is advised of the Order and agrees to be bound by its terms.

3. The defense shall take all reasonable steps to: (a) maintain the confidentiality of the discovery, and (b) safeguard the discovery produced in this case from disclosure to or review by any third party.

4. The defense may share discovery materials with any investigators, consultants or experts retained by the defense in connection with this case, provided that the defense informs any such individuals of this Order and obtains his/her written agreement to be bound by its terms.

5. The defense may show witnesses discovery materials as necessary for the preparation of the defense, but may not give copies of the materials to witnesses absent further order of the Court.

6. To the extent that the discovery materials contain any individual's personal information within the meaning of General Order 514, the defense shall redact any filings referencing or containing said materials in a manner consistent with General Order 514.

7. The defense shall destroy or return to the United States any and all copies of the discovery within 90 days of the conclusion of the proceedings in the above-referenced case, including any appeal.

8. To the extent that any materials remains filed with the court under seal, the defense shall file a motion to unseal the documents with notice to the United States before any pleadings or exhibits referencing or containing said materials may be publically filed.

9. If defense counsel withdraws or is disqualified from participation in this case, the defense shall provide to new counsel or return to the United States any and all copies of the discovery within 10 days.

IT IS SO ORDERED.

DATED: 8/28/18

HONORABLE WILLIAM V. GALLO
United States District Judge