ADAM L. BRAVERMAN
United States Attorney
EMILY W. ALLEN
California Bar No. 234961
W. MARK CONOVER
California Bar No. 236090
PHILLIP L. HALPERN
California Bar No. 133370
Assistant United States Attorneys
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6864
Email: emily.allen@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DUNCAN D. HUNTER, (1) <br> MARGARET E. HUNTER, (2) <br><br> Defendants. | No. 18CR3677-W <br><br> JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

The United States of America, by its counsel, and defendants Duncan D. Hunter and Margaret E. Hunter, by their counsel, Gregory A. Vega and Logan Smith and Thomas W. McNamara, jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7).

1. The Indictment in this case was returned on August 21, 2018. Both defendants were arraigned on the indictment on August 23, 2018. The Speedy Trial Act, 18 U.S.C. § 3161(c)(1), requires trial to commence within 70 days of a defendant's

arraignment. This resulted in the initial maximum trial date being set at November 1, 2018.

2. Beginning on August 31, 2018, the United States has produced to defense counsel discovery in this case, including approximately two terabytes of data along with detailed indexes describing all the discovery materials. These materials include records received from staff members and witnesses, banks, and vendors and other businesses; social media and internet service providers; and evidence seized pursuant to searches conducted at physical locations and email and social media accounts. It also includes reports of interviews with witnesses and co-defendants and affidavits in support of search warrants.

3. This Court held status hearings on September 4, September 24, and December 3, 2018, in the presence of both defendants. Each time, all parties agreed that the motions hearing should be continued so that the defense could review the discovery materials and prepare their defense. Each time, with the agreement of all parties, the Court found that a failure to continue the matter would result in a "miscarriage of justice."

4. At the status hearing on December 3, 2018, all parties requested that the Court hold a motions hearing on July 29, 2019 and agreed to set the trial for September 10, 2019. At this time, it is anticipated that this schedule will allow the defense the reasonable time necessary for effective preparation, including to review the voluminous discovery materials, conduct its own investigation as necessary, prepare pretrial motions, and prepare the case for trial. The Court set a motions hearing date on July 29, 2019. The Court set the trial for September 10, 2019. In doing so, it found that the failure to do so would result in a miscarriage of justice.

5. The ends of justice served by granting the trial date outweigh the best interest of the public and the defendants in a speedy trial. The parties have exercised due diligence. But failure to grant the trial date and motions hearing date would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice.

6. Defendants are both currently out of custody.

7. Counsel for defendants have discussed the need for this trial and motions schedule with the defendants. Defendants agree to and join in the request to set a motions hearing for July 29, 2019, and the trial on September 10, 2019.

8. The parties therefore jointly move to exclude time under the Speedy Trial Act. The parties agree the period of delay excluded spans the time from December 3, 2018, to September 10, 2019.

Respectfully submitted,

DATED: December 5, 2018     ADAM L. BRAVERMAN
                            United States Attorney

                            /s/ *Emily W. Allen*
                            EMILY W. ALLEN
                            W. MARK CONOVER
                            PHILLIP L.B. HALPERN
                            Assistant U.S. Attorneys

DATED: December 6, 2018     /s/ *Gregory A. Vega*
                            GREGORY A. VEGA
                            Attorney for Duncan D. Hunter

DATED: December 5, 2018     /s/ *Logan Smith*
                            LOGAN SMITH
                            THOMAS W. McNAMARA
                            Attorneys for Margaret E. Hunter

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DUNCAN D. HUNTER, (1)<br>MARGARET E. HUNTER, (2),<br><br>　　　　　Defendants. | Case No.: 18CR3677-W<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, EMILY ALLEN, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action.

I have caused service of JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT on defense counsel by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2018

　　　　　　　　　　　　　　　　　　　　　s/Emily Allen
　　　　　　　　　　　　　　　　　　　　　*EMILY ALLEN*
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney