Gregory A. Vega, Esq. (CABN 141477)
Ricardo Arias, Esq. (CABN 321534)
Philip B. Adams, Esq. (CABN 317948)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
E-Mail: vega@scmv.com; padams@scmv.com;
arias@scmv.com

Attorneys for Defendant DUNCAN D. HUNTER

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(Judge Thomas J. Whelan)

| UNITED STATES OF AMERICA, | Case No. 18-CR-3677-W |
|---|---|
| Plaintiff, | ACKNOWLEDGEMENT OF NEXT COURT APPEARANCE BY DEFENDANT DUNCAN D. HUNTER |
| v. | |
| DUNCAN D. HUNTER, | |
| Defendant. | Date: July 1, 2019<br>Time: 10:00 a.m. |

I, DUNCAN D. HUNTER, hereby declare as follows:

1. I have been advised that the Motion Hearing is currently scheduled for July 1, 2019 at 10:00 a.m.

2. I hereby acknowledge my responsibility to appear at court on July 1, 2019 at 10:00 a.m. in connection with the above-referenced case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 11, 2019, at Washington, D.C.

_____
DUNCAN D. HUNTER

ACKNOWLEDGEMENT OF NEXT COURT APPEARANCE BY DEFENDANT DUNCAN D. HUNTER

Case No. 15-CR-2932-H