ROBERT S. BREWER, JR.
United States Attorney
BRADLEY G. SILVERMAN
Assistant U.S Attorney
Washington D.C. Bar No. 1531664
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101
Telephone: (619) 546-6345
bradley.silverman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-CR-03677-W |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| DUNCAN D. HUNTER, MARGARET E. HUNTER | |
| Defendants. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Emily Allen

Phillip Halpern

W. Mark Conover

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

DATED: June 20, 2019.

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

*s/ Bradley G. Silverman*
BRADLEY G. SILVERMAN
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America