Gregory A. Vega, Esq. (CABN 141477)
Ricardo Arias, Esq. (CABN 321534)
Philip B. Adams, Esq. (CABN 317948)
SELTZER CAPLAN McMAHON VITEK
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
E-mail: vega@scmv.com; arias@scmv.com;
padams@scmv.com

Attorneys for Defendant DUNCAN D. HUNTER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Thomas J. Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-3677-W |
| Plaintiff, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CHANGE OF VENUE** |
| v. | |
| DUNCAN D. HUNTER, | DATE: July 1, 2019 |
| Defendant. | TIME: 10:00 a.m. |
| | COURTROOM: 3C |
| | JUDGE: Hon. Thomas J. Whelan |

## I.  INTRODUCTION

Defendant Duncan D. Hunter ("Hunter") is a United States Representative representing California's 50th Congressional District. On August 21, 2018, a sixty-count indictment was filed charging Hunter with offenses related to violating rules of the House of Representatives ("House") and the Federal Election Commission ("FEC") regarding the personal use of campaign funds and related offenses involving attempts to conceal the personal use in FEC filings. The indictment alleges the personal use of campaign funds over the course of a six year period. Since the time of his indictment, Hunter has regularly received enormous negative local media coverage which will deny him a fair trial and is the basis for this motion. Hunter hereby moves the Court for an order granting his motion for a Change of Venue.

## II. THE COURT MUST ORDER A CHANGE OF VENUE BASED ON PRETRIAL PUBLICITY TO GUARANTEE HUNTER HIS SIXTH AMENDMENT RIGHT TO A TRIAL BY AN IMPARTIAL JURY.

The Sixth Amendment to the US Constitution guarantees a defendant the right to an impartial jury. Rule 21 of the Federal Rules of Criminal Procedure requires a court to transfer the case against a defendant to another district, upon the defendant's motion, if a prejudice against that defendant exists in the transferring district such that the defendant cannot obtain a fair and impartial trial there. Such is the case for Hunter in the Southern District of California.

### A. Hunter will suffer extreme prejudice based on pretrial publicity if the case remains in the Southern District of California

Hunter was one of two congressmen to first endorse Donald J. Trump for president.[1] The San Diego Union-Tribune ("SDUT"), San Diego's largest local newspaper, has published numerous articles, both online and in print, regarding the government's investigation. Not only has most of the coverage been negative, but the papers own editorial board has actively called for Hunter's resignation.[2] Editorial attacks on Hunter have been relentless and filled with inflammatory headlines like the one issued just before Hunter's last reelection, in which the newspaper's editorial board endorsed "anyone but Duncan Hunter."[3] The editorial board has constantly and relentlessly targeted Hunter with headlines like "Duncan Hunter gets the federal probe he deserves,"[4] and just recently "Rep. Hunter should accept responsibility and resign."[5]

---

[1] *See, Rep. Hunter among first House members to endorse Trump* Available at: https://www.sandiegouniontribune.com/news/politics/sdut-duncan-hunter-endorses-donald-trump-2016feb24-story.html

[2] *See*, https://www.sandiegouniontribune.com/opinion/editorials/sd-duncan-hunter-indictment-20180821-story.html

[3] https://www.sandiegouniontribune.com/opinion/editorials/sd-anyone-but-duncan-hunter-50th-20180525-story.html

[4] https://www.sandiegouniontribune.com/opinion/editorials/sd-duncan-hunter-probe-spending-20170324-story.html

[5] https://www.sandiegouniontribune.com/opinion/editorials/story/2019-06-14/duncan-

SELTZER CAPLAN MCMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8177

There is simply no way the jury pool in San Diego County can be untainted. Potential jurors are just a keystroke away from hundreds of thousands of press articles and blog postings online, most if not all of a very negative nature. A Google search of Duncan Hunter Investigation reveals 7,510,000 results.

The government's sensational indictment has created even more hysteria around the case locally in San Diego -- a known Navy town. The false narrative that Hunter insulted the Navy has been played out repeatedly by the government just recently in Margaret Hunter's plea agreement, and by Hunter's political opponent in mailers sent across San Diego County using quotes from the indictment. The political nature of the indictment, just three months before Hunter's election, was used by his opponents to try and unseat the well-known Republican.

As President Trump's first and most arduous supporter, it is hard not to see how a juror would be predisposed to cast their vote based on their politics. When a juror hears Hunter's name they immediately associate it with that of President Trump's. Hillary Clinton beat Donald J. Trump in San Diego County by 56.1% to 38.2%.[6] Based on the political perception of this case, and the continuously negative press this case has received, a change of venue is not only proper but necessary.

Venue is proper in the Eastern District of California where Hunter would get an impartial jury pool of his peers. Donald J. Trump beat Hillary Clinton by 72.7% to 21.3% in Lassen County, 65.6% to 28.2% in Shasta County, and 54.7% to 39.7% in Kern County all within the Eastern District of California.[7] Hunter would be guaranteed a fair and impartial jury there, free from the extreme prejudice that has permeated in the Southern District through the local press and the government's sensationalistic indictment.

---

hunter-wife-campaign-spending-indictment
[6] https://www.politico.com/2016-election/results/map/president/california/
[7] *Id.*

3

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CHANGE OF VENUE**   18-CR-3677-W

## B. The Court must transfer Hunter's case from the Southern District of California to the Eastern District of California

The court has a duty and obligation to protect the right of the defendant to a fair trial, free of adverse publicity, and where the case is notorious, that burden on the court is heavy. *Farr v. Pitchess*, 522 F.2d 464, 468 (9th Cir. 1975). The Ninth Circuit has found a change of venue warranted when publicity surrounding the trial is centered on a specific geographical location. *Levine v. U.S. Dist. Court for Cent. Dist. of California*, 764 F.2d 590, 600 (9th Cir. 1985). Where there is a reasonable likelihood that prejudicial news prior to trial will prevent a fair trial, the judge should continue the case until the threat abates, or transfer it to another county not so permeated with publicity. *Sheppard v. Maxwell*, 384 U.S. 333, 363 (1966). Failure by the court to protect the defendant from the inherently prejudicial publicity which saturated the community will result in reversible error. *Id*.

The similarities between the unconstitutional process played out in *Sheppard* is eerie and a warning to the Court. In *Sheppard*, the case was plastered all over the local newspapers to potential jurors in negative headlines literally proclaiming the defendant's guilt. *Id*. at 341-342. A front-page editorial opening asked why the defendant was not in jail, later being titled "Quit Stalling—Bring Him In." *Id*. at 341. The case was tried by an overzealous chief prosecutor who while trying the case was also running for election. *Id*. at 342. The Supreme Court granted the habeas petition based on these facts.

Here, the same scenario is playing out. Hunter has had to deal with his character and presumption of innocence being questioned on a near daily basis by the constant barrage of media coverage. The extreme prejudice against Hunter based on pretrial publicity has been outright cynical, manipulative, out in the open, and poisonous to potential jurors. The recent barrage of statements from the SDUT editorial board boasting it "has long been critical of Rep. Hunter," calling Hunter a "caricature of both

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CHANGE OF VENUE**   18-CR-3677-W

corruption and demagoguery," and accusing him of "recklessness and bigotry" inflame and poison jurors in the Southern District of California.[8] The mocking of Hunter continues with the SDUT's own editorial cartoonist depicting a cartoon character clearly identified as Duncan Hunter receiving a prison jumpsuit from his wife. *See Exhibit A*. The prejudice found in this case is greater than that found in *Sheppard* because of the constant 24/7 bombardment of prejudicial information disseminated by the local media.

The Court has the authority to solve this unjust prejudice and provide Hunter with an impartial jury. Change of venue here is warranted because the crux of the pretrial publicity is centered specifically in the Southern District of California. Transferring this case to the Eastern District of California would allow the Court to fulfill its obligations under the law.

C. **If venue remains in the Southern District of California the daily circus the jurors will be exposed to by protestors will cause Hunter extreme prejudice because the jury will not be able to remain unbiased**

"Outside the courthouse after the arraignment, dozens of protesters… waited alongside news cameras for the Hunters to emerge."[9] This was the chaotic, circus like scene that awaited Hunter when he left his arraignment in federal court. If the Court fails to transfer Hunter's case, this circus atmosphere will be played out on a daily basis in front of the jurors daily as they arrive to court. As the article notes, "[a]bout an hour later, Hunter emerged from the courthouse and continued down the sidewalk silently, trailed by news cameras and protesters chanting 'Shame!' Before leaving, Hunter removed a sign reading 'Lock him up' that a protester had placed on the windshield of the vehicle he was riding in."[10]

No matter what a juror may say in voir dire about being able to keep an open

---

[8] https://www.sandiegouniontribune.com/opinion/editorials/story/2019-06-14/duncan-hunter-wife-campaign-spending-indictment

[9] https://www.sandiegouniontribune.com/news/courts/sd-me-hunters-arraignment-20180823-story.html

[10] *Id.*

5

**POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CHANGE OF VENUE**   18-CR-3677-W

mind, the constant barrage of "chants" against Hunter, inflammatory cardboard signs, and outlandish protestors will break down a juror's ability to remain impartial. There is simply no way this Court can guarantee Hunter his right to an impartial jury by retaining jurisdiction in the Southern District of California. The Court must grant Hunter's motion for change of venue.

### III. CONCLUSION

For the foregoing reasons, Hunter respectfully requests the Court issue an order granting his motion for a Change of Venue.

Dated: June 24, 2019
SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By: *s/ Gregory A. Vega*
Gregory A. Vega
Ricardo Arias
Philip B. Adams
Attorneys for Defendant, DUNCAN D. HUNTER

# TABLE OF EXHIBITS

| Exhibit Number | Description | Page Number |
|---|---|---|
| 1 | San Diego Union Tribune Editorial Cartoon | 8 |

SELTZER CAPLAN MCMAHON VITEK
750 B STREET, SUITE 2100
SAN DIEGO, CALIFORNIA 92101-8177

# EXHIBIT A

STEVE BREEN

# Duncan Hunter's wife agrees to cooperate with prosecutors



Congressman's legal fight just got tougher

By STEVE BREEN
EDITORIAL CARTOONIST

JUNE 14, 2019
4:27 PM

STEVE BREEN    LATEST