DAVID D. LESHNER
Attorney for the United States
Acting under Title 28, U.S.C. Section 515
EMILY W. ALLEN (Cal. Bar No. 234961)
W. MARK CONOVER (Cal. Bar No. 236090)
PHILLIP L.B. HALPERN (Cal. Bar No. 133370)
BRADLEY G. SILVERMAN (D.C. Bar No. 1531664)
Assistant United States Attorneys
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-6345
Email: bradley.silverman@usdoj.gov

Attorneys for the United States

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR3677(1)-W |
|---|---|
| Plaintiff, | **MOTION TO ADMIT COCONSPIRATOR STATEMENTS AND SPOUSAL TESTIMONY** |
| v. | |
| DUNCAN D. HUNTER, | |
| Defendant. | |

At trial, the United States will offer statements by coconspirator Margaret Hunter and conversations between coconspirators Margaret Hunter and defendant Duncan D. Hunter. These statements, made during and in furtherance of the charged conspiracy to convert campaign funds to personal use, are admissible under Federal Rule of Evidence 801(d)(2)(E) and are not subject to any valid claim of privilege. Moreover, Margaret Hunter may testify about these conversations or other aspects of their joint criminal activity. Margaret Hunter is free to waive her spousal testimonial privilege, and her trial testimony about their joint criminal activity is admissible.

**I.**

**STATEMENT OF FACTS**

Defendant Duncan D. Hunter ("Hunter" or "the defendant") is charged with conspiring with his wife, Margaret Hunter, to convert campaign funds to their own personal use and benefit, in violation of 18 U.S.C. § 371, and other related crimes.  Indictment ¶¶ 18–22. Throughout the conspiracy, Duncan and Margaret Hunter[1] each provided false explanations and justifications to their campaign staff; took steps to conceal and disguise their improper expenditures; and made a host of other statements to third parties in furtherance of the conspiracy.  In addition, Duncan and Margaret, amongst themselves, discussed their campaign and personal finances in general as well as many of the specific expenditures made using campaign funds.  These statements came in many forms: in-person communications, phone calls, text messages, email correspondence, and other means.[2]  All of these statements are admissible coconspirator statements that fall under the crime-fraud exception to the marital communications privilege.

**A.     The Hunters Encouraged and Assisted One Another's Embezzlement**

Over the course of the conspiracy, the Hunters regularly encouraged one another to embezzle campaign funds to make purchases of a purely personal nature, and aided one another's thefts.  Examples of these discussions abound; the following illustrations demonstrate the type of evidence to be adduced at trial.

*1.     The steaks.*  On December 27, 2013, while Duncan was home in San Diego for Christmas, the Hunters planned to host two friends at their home for dinner.  That day, Margaret spent $130 in personal funds at the grocery store.  Exhibit 1 (credit card statement).

---

[1] To aid the reader and avoid confusion, throughout the Statement of Facts the Hunters may be referred to separately as "Duncan" and "Margaret," rather than using their last names.

[2] Evidence of the specific examples cited in this motion are attached as exhibits, but this is not an exhaustive set of each and every coconspirator statement or conversation between the spouses the United States will present at trial.  The attached evidence is provided to allow the Court a sufficient basis to rule based on the legal principles set forth below.

1    But Duncan texted Margaret that afternoon to let her know that their friend had invited two
2    more couples over for dinner as well.  Margaret was frustrated: "I did not buy steaks for 8
3    adults!"  She told Duncan to "buy steaks and [c]all it campaign then[.]"  Exhibit 2 (text
4    exchange).[3]

5              2.    *The Hawaii shorts.*  On March 20, 2015, after a morning golf outing with
6    friends, Duncan went shopping at Lululemon to outfit himself for the family's upcoming
7    Hawaii vacation.  He texted Margaret, "Does my card work babe? I need $[.]"  Margaret
8    responded, "no doesn't. Take out petty cash up to $100 off your work card."  She gave him
9    the campaign card's PIN.  "[T]oday needs to be work day," she said, then added, "we used to
10   do petty cash all the time with [the former campaign treasurer] it was great."  Duncan
11   responded, "No. I'm going to buy my Hawaii shorts . . . I need my $ babe[.]"  Margaret warned
12   Duncan that their personal cards "won't work till tomorrow[.]"  Then, likely thinking that
13   Duncan was still at the golf course, Margaret suggested that he "do a small pro shop purchase
14   with your work card[.] [G]et some balls for the wounded warriors[.]"  Exhibit 3 (text
15   exchange).  In this way, Margaret knew, the improper purchase could be disguised as a
16   legitimate campaign expense.  But unbeknownst to Margaret at the time, Duncan had already
17   left the golf course, so he could not do his shopping at the pro shop.  Thus stuck, Duncan used
18   his personal card for a $95 purchase at Lululemon.  Exhibit 4 (credit card statement).

19             That same evening, the Hunters hosted their good friends from out of town at their home
20   for dinner.  Knowing that they did not have sufficient personal funds to pay for the dinner,
21   Duncan gave Margaret his campaign credit card to use at the grocery store.  *See* Margaret
22   Hunter Plea Agreement, p.9 (Doc. No. 34).  She used the campaign card to buy $99 worth of
23   family groceries (including asparagus, bananas, butter, angel food cake and whipped cream,

24   _____
25        [3] In their original form, these text message communications are part of a voluminous
     data set that does not easily show the natural progression of a text conversation.  The data also
26   includes metadata and hard-to-decipher time stamps set to Coordinated Universal Time.  To
     aid the Court's review, and to present this voluminous evidence such that it can be
27   conveniently examined in court, the United States has prepared summary charts of the relevant
     correspondence.  *See* Fed. R. Evid. 1006.  Those summaries are used as exhibits to this motion.
28

ice cream, and a $35 bag of dog food) and take $100 cash back.  Exhibit 5 (grocery receipt).  A photo recovered from the Hunters' electronic devices shows their out of town guests enjoying the angel food cake later that evening.

> 3.     *The iMac.*  On September 15, 2015, Duncan visited the Fashion Valley Apple Store to buy a new iMac computer and some accessories.  Although evidence suggests the computer was used by one of the Hunters' children, Duncan nevertheless used campaign funds for the purchase.  The bill came to $2,503, but due to the card's spending limit Duncan was able to put only $2,000 on his campaign card.  Exhibit 6 (Apple Store receipt).  To cover the rest, he had to use his personal debit card.  He texted Margaret to ask about the campaign card's spending limit.  Exhibit 7 (text exchange).  Phone records show that they spoke on the phone for a minute or two just before and again after the 2:32 pm purchase.  Margaret texted him three minutes after the transaction, "pls send me personal portion right away need to get it back from [the campaign treasurer] asap[.]"  Exh. 7.  At Margaret's urgent request, then, the treasurer reimbursed the Hunters for that portion of the iMac purchase the next day.  Exhibit 8 (reimbursement request), Exhibit 9 (bank statement).

> 4.     *The golf money.*  On September 29, 2015, when he was back in Washington, Duncan got up early to play golf.  He texted his golf buddy that he was planning to stop on the way for cigarettes and to withdraw cash.  Exhibit 10 (text exchange).  But as he reported to Margaret later, "I tried to get money out for golf and insufficient funds.  I hate when that happens[.]"  Margaret told him, "You need to use camp [campaign] card take the $40 or whatever it costs[.]"  She again gave him the campaign card's PIN, and offered to "make a receipt for it."  Exhibit 11 (text exchange).  It is clear that Margaret was suggesting that she could make a receipt to justify the $40 expense to the campaign treasurer.

### B.     The Hunters Worked Together to Conceal Their Embezzlement

The Hunters not only discussed the embezzlement they planned to commit, but worked together to prevent their thefts from being uncovered.  In March 2015, for example, the Hunters set off on a Hawaiian vacation to celebrate Margaret's birthday.  Margaret used the campaign card to pay for Duncan's plane ticket, and financed a portion of the rest of the

4

family's trip using credits from a canceled flight (also belonging to the campaign).  Exhibit 12 (airline credits "used for Hawaii").  She texted Duncan, "I had certificates from a prev cancelled flight so our tickets were only $820 total!!!" Exhibit 13 (text exchange).  She also used campaign funds to pay charges on two separate days at the Aston Kaanapali Shores, the Hawaii resort where the family stayed—one totaling $1,128, the other for $5,160. Exhibit 14 (campaign bank records).  Just days after the Hunters returned home, the treasurer asked Margaret about the $1,128 charge so that he could account for it in the campaign's upcoming FEC report.  Exhibit 15 (email between Margaret and treasurer).  In response, Margaret falsely reported that the trip was intended to include a fundraiser, which they later cancelled; she offered to reimburse the campaign.  *Id*.  The charge surprised Margaret by appearing on the campaign's bank records under the resort's name, rather than the more innocuous-sounding "Expedia." Exh. 14.  Realizing she had been caught, Margaret emailed Duncan to discuss how to manage the situation.  "The hotel charges actually show up under Expedia not Aston kaanapali shores[,]" Margaret said, and had to be "paid back by end of June[.]"  Exhibit 16 (email between Duncan and Margaret).  Duncan—knowing they had paid the hotel bill with campaign funds—responded, "[t]hat gives us a few months[.]"  *Id*.  A few days later, the treasurer prepared their quarterly public disclosure with the Federal Election Commission ("FEC") accurately describing the $1,128 charge as a payment to "Aston Kaanapali Shores." Exhibit 17 (email between Margaret and treasurer, with draft FEC report excerpt).  After reviewing the draft, Margaret asked to change the description from "Aston Kaanapali" in Lahaina, Hawaii to the more innocuous-sounding "Expedia" in Bellevue Washington (where Expedia is headquartered).  Exhibit 18 (email between Margaret and treasurer).  By that time, the treasurer had already filed the report, so an amended report was filed.  *Id.*; Exhibit 19 (excerpt of amended FEC report).

## C.   The Hunters Discussed their Campaign and Personal Finances

As set forth in the indictment and described in more detail in a separate motion, throughout the conspiracy the Hunters faced difficult financial circumstances.  Their access to personal funds was limited, and as a result, they incurred thousands of dollars in overdraft

fees.  To give just one example, on October 30, 2013, Duncan texted Margaret to ask, if he used their personal credit card to buy cigarettes, "will that cost $30?"—*i.e.*, would they incur another insufficient funds fee from the bank.  Exhibit 20 (text exchange).  He also suffered embarrassment when their personal cards were declined for routine purchases.  On March 17, 2015, for example, as Duncan later recounted to Margaret, his personal card was declined for a $2.45 charge at the cafeteria, when he was in a "big line" and, presumably, seen by his peers at the House Office Building.  Exhibit 21 (text exchange).

To avoid these costs and embarrassments, the Hunters would communicate alerts to one another when their personal balances were low and they needed to use campaign funds for personal purchases.  For example, on September 19, 2013, Duncan reported to Margaret that his personal debit card declined while he was trying to make a purchase at a liquor store.  He texted Margaret, "My card just declined[.]"  She responded, "Well sorry didn't know you'd need before getting cash this weekend," and said that she had "texted you that I[']d have cash for you when home[.]"  Duncan replied, "I didn't know that you saying I'd have cash at home meant don't use the card. Should've just said don't use the card."  Margaret apologized, and Duncan reassured her, "no biggie."  Margaret told Duncan that she would "put some in for next week."  Exhibit 22 (text exchange).  Duncan did not respond, but a few hours later, he switched to his campaign card to pay a $16 bar tab at Bullfeathers, for one customer.  Exhibit 23 (Bullfeathers receipt).

About three months later, on December 12, 2013, Margaret texted Duncan that there was "$20 left for you in accnt."  Exhibit 24 (text exchange).  A few minutes later, she forwarded him the low balance alert from the bank, warning them they had $28.16 available.  She then told him to "[t]ake out the $20!"  Exhibit 25 (email between Margaret and Duncan).  That night, text messages reveal that Duncan asked one of his closest friends, "You up for 8th st later?  Chargers and pizza?"  (Indeed, the then-San Diego Chargers defeated the Denver Broncos that night, 27 to 20).  Although he was fully aware he had no personal funds left to spend, Duncan nevertheless treated his friends to Matchbox Pizza on 8th Street in Washington,

where he used $238 in campaign funds to pay for 19 beers, 4 Southern Comforts, 2 Tanquerays, a Jack Daniels, and one pizza.  Exhibit 26 (Matchbox receipt).

On October 21, 2014, Duncan texted Margaret, "$[.]  Can I please get it tomorrow morning?"  Margaret replied, "we're very low on $ so I'm concerned[.]"  Exhibit 27 (text exchange).  The next day, Duncan went golfing with one of his closest friends, and, appropriately, marked the day on his calendar as "Block for Personal Day."  Exhibit 28 (October 22 calendar entry).  Once again, Duncan was fully aware that he had no personal funds available, so despite the fact that the golf outing was purely personal, he turned to his campaign treasury to foot the bill.  Duncan spent $204 in campaign funds to pay for both of their greens fees, four packs of golf balls, and a few beers.  Exhibit 29 (Rancho Bernardo receipt).  In each of these cases, Margaret's warning that their personal balance was low helped Duncan avoid embarrassment and overdraft fees, and save the family money, by alerting him he should use campaign funds to make personal purchases.

The Hunters also alerted one another when their improper spending caused the campaign card to max out.  On June 29, 2015, the Hunters checked in for a two-night stay at Caesar's Palace in Las Vegas—their first stop on a family trip to Boise, Idaho for Duncan's cousin's wedding.  They spent the day on June 30 enjoying the hotel's Garden of the Gods Pool Oasis, using campaign funds for a $245 breakfast at the hotel's Café Americano restaurant and four separate orders totaling $158 at the poolside swim-up bar Snackus Maximus.  Exhibit 30 (hotel receipt); Exhibit 31 (photo at Snackus Maximus).  Shortly after they returned home from this family trip (which, all told, cost the campaign approximately $3,800), Duncan reported to Margaret that his campaign card declined when he tried to make a $100 purchase.  Exhibit 32 (text exchange).  A few hours later, Margaret reminded him that they had racked up a $600 minibar tab and spent $178 for "kids room service while we were at pool and our pool drinks" just days earlier, all on the campaign card.  *Id*.  Hunter wasn't surprised—he pointed out that breakfast alone was more than $200.  As these were campaign funds and not the Hunters' personal money, Margaret shrugged it off: "Anyway lots of $ oh well[.]"  *Id*.

As another example of the Hunters' monitoring of their campaign card funds, on November 19, 2015, the Hunters departed for a long-awaited vacation to Italy. While there, they spent thousands of dollars in campaign funds on hotels, restaurants, train tickets, museum fees, and shopping. On November 27, they tried to buy merchandise at Gioielleria Manetti, an upscale Florentine jewelry and watch store, using their personal debit card—but the card was declined by the fraud prevention department. Exhibit 33 (email from Chase). So Margaret switched to her campaign card to make a $216 purchase (charged as €203 Euros). Exhibit 34 (English translation of jewelry store receipt). Just days after the Hunters returned home, Margaret texted Duncan to discuss problems they had with the campaign card not working. Exhibit 35 (text exchange). Duncan responded, "Ok. I'll try it right now." Eight minutes later, he texted her, "Just tried it for $30 and it does not work. It explicitly says declined. This is [sic] happened twice now at two different places within 24 hours[.]" Margaret replied, "K I'll make a call[.]" *Id.* She then emailed the treasurer that Duncan had "just tried to use his [card] and didn't work can you check pls[.]" He suggested, "perhaps it's a fraud concern." Exhibit 36 (email between Margaret and treasurer). Margaret texted Duncan, "yep bank had a fraud concern and resent a card." Exh. 35.

### D.    Margaret Advances the Conspiracy Through Her Own Statements

Throughout the conspiracy, both Duncan and Margaret also made numerous statements to third parties in furtherance of the conspiracy. Margaret, for example, routinely submitted requests to the treasurer for reimbursements, particularly during the times she did not have access to her own credit or debit card to spend campaign funds. Margaret also had numerous discussions with creditors and vendors about outstanding bills she ultimately paid with stolen campaign funds—including family dental bills, private school tuition, dance classes, and other personal expenses. And Margaret engaged the treasurer several times about increasing her and Duncan's access to campaign funds, including by seeking out higher credit limits or greater daily spending caps, resolving suspended cards or allaying fraud concerns, or to obtain additional credit cards in her or Duncan's names.

1    In addition, she made a host of false statements in furtherance of the conspiracy.  She

2  often sent the treasurer emails providing false explanations for purchases she made using

3  campaign funds.  Other times, she sought fraudulent reimbursements from the campaign for

4  personal expenses she bought using the Hunters' personal funds—such as the full cost of a

5  $438 dinner at Island Prime with close friends, even though their friends had in fact paid the

6  bill.  (Duncan did the same, asking for reimbursements, for example, for mileage on trips he

7  did not actually drive.)  Nearly every quarter, ahead of the required FEC filings, Margaret

8  reviewed draft FEC reports or answered questions from the treasurer, all to cover up the

9  Hunters' personal spending—and all in furtherance of the conspiracy.

## II.

## ARGUMENT

Margaret's communications with Hunter and with others are coconspirator statements admissible at trial under Federal Rule of Evidence 801(d)(2)(E).  And because the discussions between Margaret and Duncan were made in furtherance of their conspiracy to embezzle funds, they are not protected by any marital communications privilege.  As the examples above illustrate, throughout the conspiracy, the Hunters encouraged one another to make fraudulent purchases, facilitated each other's thefts, and plotted to conceal their crimes from campaign staff, the FEC, and the public. These communications fall squarely within the privilege's crime-fraud exception and should be admitted at trial.  Moreover, Margaret may waive any spousal testimonial privilege and is free to testify at Hunter's trial.

### A.    Statements by Margaret Hunter During and in Furtherance of the Conspiracy are Admissible Coconspirator Statements

A coconspirator's statement is admissible non-hearsay under Rule 801(d)(2)(E) if: (1) it was made in furtherance of a conspiracy or common enterprise; (2) it was made during the life of the conspiracy or enterprise; and (3) the defendant and the declarant were members of the conspiracy or enterprise.  *See generally Bourjaily v. United States*, 483 U.S. 171, 175 (1987); *United States v. Layton*, 855 F.2d 1388 (9th Cir. 1988).  The statements "need not be made to

a member of the conspiracy to be admissible under [R]ule 801(d)(2)(E)." *United States v. Zavala-Serra*, 853 F.2d 1512, 1516 (9th Cir. 1988). Accordingly, statements made by a coconspirator to a third party such as a staff member or treasurer are admissible non-hearsay, so long as the speaker is acting in furtherance of the conspiracy.

The existence of a conspiracy and the defendant's involvement in it are preliminary questions of fact that are resolved by the trial judge under Rule 104(a). *Bourjaily*, 483 U.S. at 176. And courts apply a "liberal standard" in determining whether a statement was "in furtherance" of the conspiracy. *See*, *e.g.*, *United States v. Siegelman*, 640 F.3d 1159, 1181 (11th Cir. 2011). The court's duty is to determine whether a jury could reasonably find that a conspiracy existed by a preponderance of the evidence. *See Huddleston*, 485 U.S. at 690; *see also Bourjaily*, 483 U.S. at 180-81 (finding that a coconspirator's statements may themselves be probative of the existence of a conspiracy and the participation of the defendant and the declarant).

There is ample evidence for the Court's preliminary determination that a conspiracy existed to use funds belonging to the Duncan D. Hunter for Congress Campaign for the personal benefit and enjoyment of the Hunter family. Margaret Hunter, who is Hunter's sole coconspirator, has admitted to conspiring with Hunter; she pleaded guilty and described the object, manner, and means of the conspiracy in great detail. *See generally* Margaret Hunter Plea Agreement (Doc. No. 34). The conspiracy began in 2009 and continued through at least the end of 2016, even after the FEC and the press began inquiring about and investigating the unlawful spending. Statements by both Duncan[4] and Margaret Hunter made in furtherance of the conspiracy should be admitted as non-hearsay.

**B.     The Marital Communications Privilege Does Not Protect Statements Made By Spouses Who are Partners in Crime**

Under normal circumstances, the marital communications privilege protects "statements or actions that are intended as confidential communications between spouses,

---

[4] Of course, Duncan Hunter's statements are also admissible at his separate trial as non-hearsay under 801(d)(2)(A).

made during the existence of a valid marriage, unless the marriage had become irreconcilable when the statements were made." *United States v. Fomichev*, 899 F.3d 766, 771 (9th Cir.), *opinion amended on denial of reh'g*, 909 F.3d 1078 (9th Cir. 2018) (citation omitted). "The privilege (1) extends to words and acts intended to be a communication; (2) requires a valid marriage; and (3) applies only to confidential communications, *i.e.,* those not made in the presence of, or likely to be overheard by, third parties."[5] *United States v. Montgomery*, 384 F.3d 1050, 1056 (9th Cir. 2004). The Ninth Circuit "emphasize[s] that [it] will narrowly construe the marital communications privilege because it obstructs the truth-seeking process." *United States v. Marashi*, 913 F.2d 724, 730 (9th Cir. 1990). "Use of the privilege in criminal proceedings requires a particularly narrow construction because of society's strong interest in the administration of justice." *Id.*

The circumstances here, in which two spouses are engaged in joint criminal activity, fall well outside the bounds of the privilege. The marital communications privilege simply "does not apply to communications having to do with present or future crimes in which both spouses are participants[.]" *Marashi*, 913 F.2d at 730. The "crime-fraud exception" thus "assure[s] a criminal that if he enlists the aid of his spouse, he is creating a potential witness for the government." *Id.* In short, "discovering the truth about criminal activity outweigh[s] protecting the privacy of marriage," *United States v. Roberson*, 859 F.2d 1376, 1380 (9th Cir. 1988), and this tenet is so unassailable that "[e]very circuit addressing the issue" has agreed that the marital communications privilege is subject to a crime-fraud exception. *Marashi*, 913 F.2d at 730.

As the facts described above detail, Margaret regularly encouraged Duncan to use campaign funds to make purchases that were obviously personal. And Duncan explicitly

---

[5] The marital communications privilege therefore cannot shield statements the Hunters made to one another in the presence of third parties—such as, for example, Duncan's statements over email where others are cc'd. *See Wolfle v. United States*, 291 U.S. 7, 14 (1934) ("when made in the presence of a third party, [marital] communications are usually regarded as not privileged because not made in confidence.").

allowed Margaret to do the same, including for purchases—not least of which, a $600 minibar tab at Caesar's Palace—that benefited him directly.  Margaret repeatedly reminded Duncan their PIN so that he could withdraw cash from campaign funds for personal use.  Even when Margaret's admonitions took implicit rather than overt form, Duncan received the messages loud and clear: when their personal bank balances were low, Duncan knew to use campaign funds for personal purchases.  They also conferred about how to keep their crimes hidden: offering one another pretextual explanations for purchases, or offering to create receipts to justify their spending.  *Cf. United States v. Short*, 4 F.3d 475, 479 (7th Cir. 1993) (marital communications privilege did not apply where spouse "aided the defendants in concealing the crime").

Just as businesses maintain records of their cash inflows and outflows to ensure their spending does not exceed available funds, so too did the Hunters review their fraudulent purchases with one another when they had spent more than the campaign account would bear.  See *United States v. Harrelson*, 754 F.2d 1153, 1168 (5th Cir. 1985) (marital communications privilege did not shield spouses' references to "past crimes" that were "repeated in furtherance of a continuing crime, conspiracy to obstruct justice," as "[i]t is obviously necessary to know what one has to hide in order to hide it.").  The marital communications privilege does not protect communications between the Hunters made in furtherance of their conspiracy to embezzle campaign funds.

## C.   Duncan Hunter Cannot Bar Margaret Hunter's Testimony Under the Spousal Testimonial Privilege

While the marital communications privilege relates to the admissibility of communications between spouses made during the marriage, the spousal testimonial privilege permits a witness to refuse to testify against his or her spouse.  *See Trammel v. United States*, 445 U.S. 40, 53 (1980).  The witness spouse alone holds the privilege and may choose to waive it.  *Id.*  Margaret, therefore, may choose to testify, and waive the testimonial privilege she alone holds.  *See Montgomery*, 384 F.3d at 1056 ("The witness spouse alone holds the [spousal testimonial] privilege and may choose to waive it.").

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## III.

## CONCLUSION

For the reasons set forth above, this Court should admit Margaret Hunter's coconspirator statements and allow her testimony at trial.

DATED: June 24, 2019

Respectfully submitted,

DAVID D. LESHNER
Attorney for the United States

*s/ Bradley G. Silverman*
EMILY W. ALLEN
W. MARK CONOVER
PHILLIP L.B. HALPERN
BRADLEY G. SILVERMAN
Assistant U.S. Attorneys



## Account Summary
**Account Number** 5491 XXXX XXXX 3752

| New Balance | Minimum Payment Due | Payment Due Date | Amount Enclosed |
|---|---|---|---|
| $10,132.16 | $177.00 | 02/01/14 | $ |

To ensure proper credit, please return this portion with your Check or Money Order payment made payable to USAA Savings Bank. DO NOT SEND CASH.

USAA CREDIT CARD PAYMENTS
10750 MCDERMOTT FWY
SAN ANTONIO TX 78288-0570

**Address change?** Visit us at: www.usaa.com or complete the form below and check this box. The space above your name will be updated to match.

| Address | | |
|---|---|---|
| City | State | Zip |
| H Phone ( ) | W Phone ( ) | |

DUNCAN D HUNTER

LA MESA CA 91944-0877

008974751      549123XXXXXX37520001770001013216 9

Please detach and mail the coupon above with your payment.





**Statement closing date**          **01/07/14**

| Account Number | 5491 XXXX XXXX 3752 |
|---|---|
| **Credit limit** | $10,300.00 |
| **Available credit** | $167.00 |

**Questions?**
Visit us at www.usaa.com
Questions? Call Customer Service    (800) 531-8722
Lost or Stolen Card    (800) 531-8722

Or write us at:
PO BOX 65020, SAN ANTONIO, TX 78265-5020

Remit payment to:    USAA CREDIT CARD PAYMENTS
10750 MCDERMOTT FWY
SAN ANTONIO TX 78288-0570

### USAA Documents Online

Get statements faster, save paper, and reduce your risk of identity theft with USAA Documents Online. It's free, convenient, and helps us save you money. Log on to usaa.com and sign up today.

### Summary of Account Activity

| Previous Balance | | $10,142.51 |
|---|---|---|
| Payments | - | $230.00 |
| Other Credits | - | $10.86 |
| New Purchases | + | $155.19 |
| New Cash Advances | + | $0.00 |
| New Balance Transfers | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $75.32 |

| New Balance | $10,132.16 |
|---|---|
| Credit Limit | $10,300.00 |
| Available Credit | $167.00 |
| Days in billing cycle | 32 |

### Payment Information

| New Balance | $10,132.16 |
|---|---|
| Minimum Payment Due | $177.00 |
| Payment Due Date | 02/01/14 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $25.00.

**Minimum Payment Warning:** If you make only the regular minimum payment* each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 27 years | $17,220.00 |
| $322.00 | 3 years | $11,583.00 (Savings = $5,637.00) |

If you would like information about credit counseling services, call 1-800-531-1291.

*See Important Account Information at end of statement. You may repay the total balance at any time.

### Rewards Summary

USAA MEMBERSHOP REWARDS

| BEGINNING BALANCE | .00 |
|---|---|
| REBATE EARNED/ADJUSTED THIS PERIOD | .00 |
| ENDING BALANCE | .00 |

TO LEARN MORE ABOUT USAA MEMBERSHOP REWARDS, VISIT
USAA.COM/MEMBERSHOP.

USAA CASH REWARDS PROGRAM

| BEGINNING BALANCE | 10.16 |
|---|---|
| REBATE EARNED/ADJUSTED THIS PERIOD | .70 |
| ENDING BALANCE | .00 |

Rewards Summary continued

GOVERNMENT EXHIBIT
Ex. 1, Pg. 1
18CR3677-W

**Payment Conditions.** Payments must be made in U.S. dollars and drawn on funds on deposit at financial institutions insured by the U.S. Do not mail cash. Payments received by us by 3 pm central time will be credited as of the same day if the payment is in U.S. dollars and made:

- By check or money order drawn on a financial institution located in the U.S. or the post office, accompanied only with this payment coupon or your account number, and either mailed to our payment address on the front or delivered in person to us (do not mail cash);
- Electronically on usaa.com or through a third-party bill paying service; or
- Telephonically by calling 1-800-531-8722.
   Payments that we accept that do not meet the above requirements will be credited within 5 days. We reserve the right to withhold credit availability until we confirm receipt of good funds.

**Account Settlements.** You cannot settle your account balance without our written agreement. If you want to settle your account for less than the New Balance (for example if you dispute the amount you owe or you cannot afford to pay what you owe), you must write to us at USAA Credit Card Resolution Services, P.O. Box 34894, San Antonio, TX 78265 and we must agree in writing. Otherwise, we may process your payment and it will not release you from paying the remaining unpaid balance or result in an accord and satisfaction.

| Rewards Summary (continued) |
|---|
| FOR QUESTIONS ABOUT YOUR USAA CASH REWARDS PROGRAM CALL (800) 531-8722. |

### Transactions

**Payments and Credits**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 01/01 | 01/01 | M | F194600CH00CHGDDAM | AUTOMATIC PAYMENT - THANK YOU | $230.00- |
| | | | | Total Payments And Credits For This Period | $230.00- |

**Transactions**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 12/25 | 12/25 | M | 5513158B7BM8VM3R8M | MSFT  *XBOX LIVE  08006427676  WA | $9.99 |
| 12/27 | 12/27 | M | 0541019BA8NF6ZXZRM | VONS  STORE00023333 EL CAJON  CA | $130.00 |
| 12/27 | 12/27 | M | 0541019B920B137FSM | FEDEXOFFICE  0002703? EL CAJON  CA | $15.20 |
| 01/07 | 01/07 | | | YOUR USAA CASH REBATE | $10.86- |
| | | | | Total Transactions For This Period | $144.33 |

**Fees**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | | Total Fees For This Period | $0.00 |

**Interest Charged**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | | INTEREST CHARGED ON PURCHASES | $74.85 |
| | | | | INTEREST CHARGED ON CASH ADVANCES | $0.47 |
| | | | | INTEREST CHARGED ON BALANCE TRANSFERS | $0.00 |
| | | | | Total Interest For This Period | $75.32 |

| 2014 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2014 | $0.00 |
| Total interest charged in 2014 | $75.32 |

| Important Messages |
|---|
| $230.00    WILL BE DEDUCTED FROM YOUR FUNDING ACCOUNT AND CREDITED AS YOUR AUTOMATIC PAYMENT ON 02/01/14. THE AUTOMATIC PAYMENT AMOUNT MAY BE REDUCED BY PAYMENTS AND/OR CREDITS POSTED ON OR BEFORE THIS DATE. |

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate * | Interest Charge |
|---|---|---|---|
| Regular Purchases (v) | 8.90% | $6,804.91 | $50.50 |
| Regular Cash Advances (v) | 8.90% | $63.35 | $0.47 |
| Protected Balance Purchase | 8.90% | $3,282.72 | $24.35 |

The APR for a balance type followed by a (v) is a variable rate.

Paying Interest and Your Grace Period: We will not charge you any further interest on your Purchase Balance on this Statement if you pay your entire New Balance by your Payment Due Date of 02/01/14.

*Balance Computation Method: Average Daily Balance (including New Purchases). For more information about how we calculate the Balance Subject to Interest Rate and how resulting interest was determined, call (800) 531-8722.

| Additional Disclosures |
|---|

Additional Disclosures continue on next p

GOVERNMENT EXHIBIT

Ex. 1, Pg. 2

18CR3677-W

HG-USAA-020-000500

5550        C2H        1        7   3   140107  0        PAGE 2 of 4        1 0  1946  7000  F062  01AB5550

**Duncan** 12/27/2013 2:30 PM

George and Erin and Sam and Theresa will be joining us for dinner. Unavoidable. Don invited them. Seriously. Not my fault.

**Margaret** 12/27/2013 2:46 PM

I did not buy steaks for 8 adults!

**Margaret** 12/27/2013 2:46 PM

And I'm not going back to store

**Margaret** 12/27/2013 2:46 PM

Ridiculous

**Margaret** 12/27/2013 2:48 PM

What's next SAMs kids???

**Margaret** 12/27/2013 2:49 PM

I'm done with family Duncan seriously and they were due here monday not anyone's call



GOVERNMENT
EXHIBIT
**Ex. 2, Pg. 1**
18CR3677-W

1B78 Apple iPad_Other Items_pgs 647

**Margaret** 12/27/2013 2:50 PM

buy steaks and all it
campaign then

GOVERNMENT
EXHIBIT

Ex. 2, Pg. 2

18CR3677-W

PENGAD 800-631-6989

**Duncan** 03/20/2015 1:34 PM

Does my card work babe?

**Duncan** 03/20/2015 1:34 PM

I need $

**Margaret** 03/20/2015 1:34 PM

no doesn't. Take out petty cash up to $100 off your work card. 1959 pin

**Margaret** 03/20/2015 1:35 PM

today needs to be work day

**Margaret** 03/20/2015 1:35 PM

we used to do petty cash all the time with Bruce it was great

**Duncan** 03/20/2015 1:35 PM

No. I'm going to buy my Hawaii shorts.

GOVERNMENT EXHIBIT

**Ex. 3, Pg. 1**

18CR3677-W

1B78 Apple iPad_Other Items_pgs 686-687

**Margaret** 03/20/2015 1:35 PM

ours won't work till tomorrow

**Duncan** 03/20/2015 1:35 PM

I need my $ babe

**Margaret** 03/20/2015 1:36 PM

Not today

**Margaret** 03/20/2015 1:36 PM

do a small pro shop purchase with your work card

**Margaret** 03/20/2015 1:36 PM

get some balls for the wounded warriors

**Margaret** 03/20/2015 1:36 PM

golf

GOVERNMENT EXHIBIT

**Ex. 3, Pg. 2**

18CR3677-W

1B78 Apple iPad_Other Items_pgs 686-687



**USAA®**

## Account Summary

**Account Number** 5491 XXXX XXXX 3752

| New Balance | Minimum Payment Due | Payment Due Date | Amount Enclosed |
|---|---|---|---|
| $9,992.96 | $174.00 | 05/01/15 | $ |

*To ensure proper credit, please return this portion with your Check or Money Order payment made payable to USAA Savings Bank. DO NOT SEND CASH.*

USAA CREDIT CARD PAYMENTS
10750 MCDERMOTT FWY
SAN ANTONIO TX 78288-0570

**Address change?** Visit us at: www.usaa.com or complete the form below

| Address | | |
|---|---|---|
| City | State | Zip |
| H Phone ( ) | W Phone ( ) | |

DUNCAN D HUNTER

LA MESA CA 91944-0877

008974751        549123XXXXXX37520001740000999 2968

Please detach and mail the coupon above with your payment.


**USAA®**


MasterCard

| Statement closing date | 04/06/15 |
|---|---|

**USAA Documents Online**

Get statements faster, save paper, and reduce your risk of identity theft with USAA Documents Online. It's free, convenient, and helps us save your money. Log on to usaa.com and sign up today.

Account Number        5491 XXXX XXXX 3752
**Credit limit**        $10,300.00
**Available credit**        $307.00

**Questions?**
Visit us at www.usaa.com
Questions? Call Customer Service        (800) 531-8722
Lost or Stolen Card        (800) 531-8722

Or write us at:
PO BOX 65020, SAN ANTONIO, TX 78265-5020

Remit payment to:        USAA CREDIT CARD PAYMENTS
10750 MCDERMOTT FWY
SAN ANTONIO TX 78288-0570

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | $9,911.21 |
| Payments − | $230.00 |
| Other Credits − | $0.00 |
| New Purchases + | $237.63 |
| New Cash Advances + | $0.00 |
| New Balance Transfers + | $0.00 |
| Fees Charged + | $0.00 |
| Interest Charged + | $74.12 |
| | |
| New Balance | $9,992.96 |
| Credit Limit | $10,300.00 |
| Available Credit | $307.00 |
| Days in billing cycle | 31 |

### Payment Information

| | |
|---|---|
| New Balance | $9,992.96 |
| Minimum Payment Due | $174.00 |
| Payment Due Date | 05/01/15 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $25.00.

**Minimum Payment Warning:** If you make only the minimum payment* each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 27 years | $16,980.00 |
| $317.00 | 3 years | $11,424.00 (Savings = $5,556.00) |

If you would like information about credit counseling services, call 1-800-531-1291.

*See Important Account Information at end of statement. You may repay the total balance at any time.

### Rewards Summary

USAA MEMBERSHOP REWARDS

| | |
|---|---|
| BEGINNING BALANCE | .00 |
| REBATE EARNED/ADJUSTED THIS PERIOD | .00 |
| ENDING BALANCE | .00 |

TO LEARN MORE ABOUT USAA MEMBERSHOP REWARDS, VISIT USAA.COM/MEMBERSHOP.

USAA CASH REWARDS PROGRAM

| | |
|---|---|
| BEGINNING BALANCE | .24 |
| REBATE EARNED/ADJUSTED THIS PERIOD | 1.07 |
| ENDING BALANCE | 1.31 |

Rewards Summary continues on next page.

GOVERNMENT EXHIBIT
Ex. 4, Pg. 1
18CR3677-W

PENSAD 800-531-8889

US-DDA-020-000847

**Payment Conditions.** Payments must be made in U.S. dollars and drawn on funds on deposit in a financial institution insured by the FDIC. Do not mail cash. Payments received by us by 5 pm central time will be credited as of the same day if the payment is in U.S. dollars and made:

- By check or money order drawn on a financial institution located in the U.S. or the post office, accompanied only with this payment coupon or your account number, and either mailed to our payment address on the front or delivered in person to us (do not mail cash);
- Electronically on usaa.com or through a third-party bill paying service; or
- Telephonically by calling 1-800-531-8722.

Payments that we accept that do not meet the above requirements will be credited within 5 days. We reserve the right to withhold credit availability until we confirm receipt of good funds.

**Account Settlements.** You cannot settle your account balance without our written agreement. If you want to settle your account for less than the New Balance (for example if you dispute the amount you owe or you cannot afford to pay what you owe), you must write to us at USAA Credit Card Resolution Services, P.O. Box 34894, San Antonio, TX 78265 and we must agree in writing. Otherwise, we may process your payment and it will not release you from paying the remaining unpaid balance or result in an accord and satisfaction.

### Rewards Summary (continued)

FOR QUESTIONS ABOUT YOUR USAA CASH REWARDS PROGRAM
CALL (800) 531-8722.

### Transactions

**Payments and Credits**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 04/01 | 04/01 | M | F1946002V00CHGDDAM | AUTOMATIC PAYMENT - THANK YOU | $230.00- |
| | | | | Total Payments And Credits For This Period | $230.00- |

**Transactions**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 03/15 | 03/15 | M | 55432862A004ZR3TDM | 24HOUR FITNESS USA,INC 800-432-6348 CA | $3.50 |
| 03/20 | 03/20 | M | 85426232HWGNBPT9BM | VAPIN THE 619 EL CAJON CA | $27.00 |
| 03/20 | 03/20 | M | 55432862G00TEX971M | LULULEMON CARLSBAD CARLSBAD CA | $95.04 |
| 03/22 | 03/22 | M | 55480772HBAEE12AXM | GASLAMP ROCKIN BAJA SAN DIEGO CA | $11.72 |
| 03/24 | 03/24 | M | 55263522L29JQ8R1DM | BUBBLES #503 WASHINGTON DC | $45.00 |
| 03/24 | 03/24 | M | 5545702ZL61BDJ7VJM | GANDEL'S LIQUOR WASHINGTON DC | $11.50 |
| 03/25 | 03/25 | M | 55131582MBM8SP98BM | MSFT *XBOX LIVE 08006427676 WA | $9.99 |
| 03/25 | 03/25 | M | 05486802MRBGP5VY4M | EXXONMOBIL 47819362 WASHINGTON DC | $15.90 |
| 03/26 | 03/26 | M | 25415752N01MG8J7SM | 7-ELEVEN 16439 EL CAJON CA | $6.90 |
| 03/27 | 03/27 | M | 25415752P01R76R1BM | 7-ELEVEN 16439 EL CAJON CA | $11.08 |
| | | | | Total Transactions For This Period | $237.63 |

**Fees**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | | Total Fees For This Period | $0.00 |

**Interest Charged**

| Trans Date | Post Date | Card | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| | | | | INTEREST CHARGED ON PURCHASES | $73.35 |
| | | | | INTEREST CHARGED ON CASH ADVANCES | $0.77 |
| | | | | INTEREST CHARGED ON BALANCE TRANSFERS | $0.00 |
| | | | | Total Interest For This Period | $74.12 |

### 2015 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2015 | $0.00 |
| Total interest charged in 2015 | $299.16 |

### Important Messages

$230.00 WILL BE DEDUCTED FROM YOUR
FUNDING ACCOUNT AND CREDITED AS YOUR AUTOMATIC PAYMENT ON
05/01/15. THE AUTOMATIC PAYMENT AMOUNT MAY BE REDUCED BY
PAYMENTS AND/OR CREDITS POSTED ON OR BEFORE THIS DATE.

### Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate * | Interest Charge |
|---|---|---|---|
| Regular Purchases (v) | 8.90% | $8,919.68 | $66.19 |
| Regular Cash Advances (v) | 8.90% | $103.62 | $0.77 |
| Protected Balance Purchase | 8.90% | $965.86 | $7.16 |

The APR for a balance type followed by a (v) is a variable rate.

**Paying Interest and Your Grace Period:** We will not charge you any further interest on your Purchase Balance on this Statement if you pay your New Balance by your Payment Due Date of 05/01/15.

*Balance Computation Method: Average Daily Balance (including New Purchases). For more information about how we calculate the Balance Subject to Interest Rate and how resulting interest was determined, call (800) 531-8722.

### Additional Disclosures

Additional Disclosures continue on next page.

GOVERNMENT EXHIBIT Ex. 4, Pg. 2 18CR3677-W PENGAD 800-631-6989

HG-USAA-020-000548

5550 C2H 1 7 3 150406 0 PAGE 2 of 4 1 0 1946 7000 P062 01AB5550

No Preferred Card
03/20/2015 18:44 6704 7 147 119

| DESCRIPTION | QTY/ WGT | AMOUNT |
|---|---|---|
| ASPARAGUS GRN BNCH MICHIGAN | 2.010 | 10.03 |
|   BONUS BUY DISCOUNT | | -4.02 |
| BANANAS YELLOW | 1.500 | 1.04 |
| T&G ORANGE SLICES | 1 | 3.99 |
| T&G GUMMI BEARS | 1 | 3.99 |
| KLNX FACIAL TISSUE WHITE LTN | 1 | 2.49 |
| OLSON ANGEL FOOD CAKE | 1 | 3.99 |
| REDDI WIP WHP TOP REAL CREAM | 1 | 5.99 |
| SUN CANDY CORN | 1 | 1.79 |
|   BONUS BUY DISCOUNT | | -0.80 |
| C&H POWDERED SUGAR | 1 | 1.79 |
| C&H POWDERED SUGAR | 1 | 1.79 |
| RR NUT CKN & VEG PREM DOG FD | 1 | 34.99 |
| TAKIS FUEGO | 1 | 2.49 |
|   BONUS BUY DISCOUNT | | -0.30 |
| TAKIS FUEGO | 1 | 2.49 |
|   BONUS BUY DISCOUNT | | -0.30 |
| AMER LIC STRW SOUR PNCH BITE | 1 | 1.50 |
| CHALLENGE SPRD BTR W CANOLA | 1 | 5.49 |
|   BONUS BUY DISCOUNT | | -1.99 |
| EDYS IC COOKIE DOUGH | 1 | 6.99 |
|   BONUS BUY DISCOUNT | | -2.00 |
| DREYERS VANILLA | 1 | 6.99 |
|   BONUS BUY DISCOUNT | | -2.00 |
| DREYERS GRAND IC S'MORES | 1 | 6.99 |
|   BONUS BUY DISCOUNT | | -2.00 |
| ARROWHEAD MTN SPRING WATER | 1 | 4.99 |
|   BONUS BUY DISCOUNT | | -1.00 |
| DEPOSIT G-24-S FSNT | 1 | 1.20 |

| | | |
|---|---|---|
| SUBTOTAL | | 96.60 |
| TOTAL TAX | | 3.00 |
| **TOTAL** | | **99.60** |
| **TOTAL PAYMENT/TENDER** | | **199.60** |
| Tender Code: 12 | 199.60 | |
| CHANGE | | 100.00 |

****** SAVINGS SUMMARY ******

| | | |
|---|---|---|
| BONUS BUY SAVINGS | | 14.41 |
| **TOTAL SAVINGS** | | **14.41** |

PO NUMBER 0



GOVERNMENT
EXHIBIT

Ex. 5

18CR3677-W

PENGAD 800-631-6989

**Apple Store, Fashion Valley**
7007 Friars Road STE 364
San Diego, CA 92108
fashionvalley@apple.com
619-682-3477

www.apple.com/retail/fashionvalley

September 15, 2015 02:32 PM

| | |
|---|---|
| **IMAC 27/3.3QC/8GB/1TB/M290** | $ 1,999.00 |

Part Number: MF885LL/A
Serial Number: C02P9989FY10
Return Date: Sep. 29, 2015
For Support, Visit: www.apple.com/support

| | | |
|---|---|---|
| Recycling Fee | $ 4.00 | N |

| | | |
|---|---|---|
| **APP FOR IMAC** | $ 169.00 | N |

Part Number: S3183LL/A
Agreement Number: 970040015023574
Plan End Date: Sep. 15, 2018
Sales Associate ID : 973558893
Serial Number: C02P9989FY10

This plan is registered automatically.
Verify your coverage at
apple.com/support/applecare/ww/

Terms & Conditions:
apple.com/legal/applecare/terms
For Support, Visit:
www.apple.com/support

| | |
|---|---|
| **APPLE WATCH MAG CHARGING CABLE 1M-AME** | $ 29.00 |

Part Number: MKLG2AM/A
Return Date: Sep. 29, 2015
For Support, Visit: www.apple.com/support

| | |
|---|---|
| **Tech21 EVO Mesh IPH6 Smoke/Blk** | $ 39.95 |

Part Number: HGMT2ZM/B
Return Date: Sep. 29, 2015

| | |
|---|---|
| **Logitech Ultrathin iPad Air 2 SpcGrey** | $ 89.95 |

Part Number: HH872PA/B
Return Date: Sep. 29, 2015

| | |
|---|---|
| Sub-Total | $ 2,330.90 |
| Tax@8.0% | $ 172.64 |
| **Total** | **$ 2,503.54** |
| Amount Paid Via Master Card (A) | $ 2,000.00 |
| xxxxxxxxxxxx9587 | |
| 934491 | |
| Trace Number | |
| 00695416 | |
| Amount Paid Via Visa (A) | $ 503.54 |
| xxxxxxxxxxxx6123 | |
| 083117 | |

GOVERNMENT
EXHIBIT

**Ex. 6**

18CR3677-W

PENGAD 800-631-6989

**Duncan** 09/15/2015 1:46 PM

What is the limit on the campaign card?

**Margaret** 09/15/2015 1:55 PM

$2500

**Margaret** 09/15/2015 1:55 PM

daily

**Margaret** 09/15/2015 2:35 PM

pls send me personal portion right away need to get it back from him asap

**Margaret** 09/15/2015 2:39 PM

can't buy shoes today babe now

**Duncan** 09/15/2015 2:40 PM

Already sent it. It's on 1 receipt. Shows the two payments

GOVERNMENT
EXHIBIT

Ex. 7

18CR3677-W

PENGAD 800-631-6989

1B78 Apple iPad_Other Items_pgs 698-699

| | |
|---|---|
| **From:** | M.Hunter <      @hunterforcongress.com> |
| **Sent:** | Tuesday, September 15, 2015 2:49 PM |
| **To:** | Chris Marston <     @gmail.com> |
| **Cc:** | Joey Kasper <     @gmail.com> |
| **Subject:** | emailreceipt_20150915R0408045521.pdf |
| **Attach:** | emailreceipt_20150915R0408045521.pdf; Untitled attachment 01438.txt |

Chris
Please reimburse personal $503 portion right away. Thanks!



GOVERNMENT
EXHIBIT
**Ex. 8**
18CR3677-W
PENGAD 800-631-6989

04-Oct-16                                                                                      02Oct16-173

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G02Oct16-173
Sequence number  Posting date  Amount

**CHASE** ◻

August 22, 2015 through September 22, 2015
Primary Account                    59801

| TRANSACTION DETAIL | *(continued)* |
| --- | --- |

| DATE | DESCRIPTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 09/14 | Card Purchase    09/12 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6123 | - 3.98 | -103.87 |
| 09/14 | Card Purchase    09/12 United    016292437 800-932-2732 TX Card 6123 | - 7.99 | -111.86 |
| 09/14 | Card Purchase W/Cash    09/12 Rite Aid Corp. Alpine CA Card 6123 Purchase $27.00 Cash Back $40.00 | - 67.00 | -178.86 |
| 09/14 | Card Purchase    09/13 Spirit Halloween 60372 Berkeley CA Card 8740 | - 29.26 | -208.12 |
| 09/14 | Card Purchase With Pin  09/14 7-Eleven Lakeside CA Card 6123 | - 16.46 | -224.58 |
| 09/14 | Card Purchase With Pin  09/14 Waled A Qamoh El Cajon CA Card 6123 | - 5.50 | -230.08 |
| 09/14 | Check    # 3998 | - 130.00 | -360.08 |
| 09/14 | Insufficient Funds Fee For A $23.97 Card Purchase - Details    0911United    016292433 800-932-2732 TX04282087084306123 | - 34.00 | -394.08 |
| 09/14 | Insufficient Funds Fee For A $80.56 Card Purchase - Details    0911Beverly Hills Cab Com Los Angeles CA 04282087084306123 | - 34.00 | -428.08 |
| 09/14 | Insufficient Funds Fee For A $7.99 Card Purchase - Details:    0912United    016292437 800-932-2732 TX04282087084306123 | - 34.00 | -462.08 |
| 09/15 | Card Purchase    09/14 Ltv/United Inflight T 800-932-2732 FL Card 6123 | - 7.99 | -470.07 |
| 09/15 | Card Purchase    09/15 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6123 | - 4.99 | -475.06 |
| 09/15 | Insufficient Funds Fee For A $7.99 Card Purchase - Details    0914Ltv/United Inflight T 800-932-2732 FL04282087084306123 | - 34.00 | -509.06 |
| 09/16 | Card Purchase    09/15 Apple Store  #R040 San Diego CA Card 6123 | - 503.54 | -1,012.60 |
| 09/16 | Insufficient Funds Fee For A $503.54 Card Purchase - Details    0915Apple Store #R040 San Diego CA    04282087084306123 | - 34.00 | -1,046.60 |
| 09/17 | Duncan D. Hunter Bill Com  015Njnmcpgdvugw CCD ID: 1204895317 | 503.54 | -543.06 |
| 09/18 | Card Purchase W/Cash    09/18 #06704 Albertsons Alpine CA Card 8740 Purchase $68.10 Cash Back $40.00 | - 108.10 | -651.16 |
| 09/18 | Insufficient Funds Fee For A $108.10 Card Purchase W/Cash - Details    0918#06704 Albertsons Alpine CA    04833160087438740 Purchase $68.10 Cash Back $40.00 | - 34.00 | -685.16 |
| 09/21 | Card Purchase    09/19 Apl* Itunes.Com/Bill 866-712-7753 CA Card 6123 | - 14.97 | -700.13 |
| 09/21 | Card Purchase    09/19 Shell Oil 57442714804 Alpine CA Card 6123 | - 58.41 | -758.54 |
| 09/21 | Recurring Card Purchase 09/18 Experian    *Creditrep 866-5827269 CA Card 6123 | - 19.95 | -778.49 |
| 09/21 | Insufficient Funds Fee For A $14.97 Card Purchase - Details    0919Apl* Itunes.Com/Bill 866-712-7753 CA 04282087084306123 | - 34.00 | -812.49 |
| 09/21 | Insufficient Funds Fee For A $58.41 Card Purchase - Details    0919Shell Oil 57442714804 Alpine CA    04282087084306123 | - 34.00 | -846.49 |
| 09/21 | Insufficient Funds Fee For A $19.95 Recurring Card Purchase - Details    0918Experian    *Creditrep 866-5827269 CA04282087084306123 | - 34.00 | -880.49 |
| 09/21 | Extended Overdraft Fee | - 15.00 | -895.49 |
| 09/22 | Card Purchase    09/21 Ki's School Lunches 707-436-5236 CA Card 8740 | - 30.50 | -925.99 |
| 09/22 | Insufficient Funds Fee For A $30.50 Card Purchase - Details    0921Ki's School Lunches 707-436-5236 CA 04833160087438740 | - 34.00 | -959.99 |
| 09/22 | Interest Payment | 0.01 | -959.98 |
|  | **Ending Balance** |  | **-$959.98** |


GOVERNMENT
EXHIBIT
**Ex. 9**
**18CR3677-W**

HG-JPMC-023-001118

**Duncan** 09/29/2015 7:38 AM ET

I need to stop by a gas station on the way there. Cigarettes and money

**Kevin Y.** 09/29/2015 7:38 AM ET

Copy – calling uber in a couple min



**Duncan** 09/29/2015 5:38 AM

I tried to get money out for golf and insufficient funds. I hate when that happens

**Margaret** 09/29/2015 6:01 AM

Put a check into your accnt

**Margaret** 09/29/2015 6:24 AM

You need to use camp card take the $40 or whatever it costs 1959

**Margaret** 09/29/2015 6:24 AM

I'll make a receipt for it

GOVERNMENT EXHIBIT
Ex. 11
18CR3677-W

From: **Inc. United Airlines** unitedairlines@united.com
Subject: ETC Receipt Information
Date: January 13, 2015 at 10:02 AM
To: Margaret Hunter [____]@GMAIL.COM




# UNITED

A STAR ALLIANCE MEMBER

## ELECTRONIC TRAVEL CERTIFICATE

**CUSTOMER ISSUANCE INFORMATION**

| Customer | Promotion Code | Certificate PIN | Issue Date | Expiration Date | Total Value |
|---|---|---|---|---|---|
| MARGARETEMRS HUNTER | 15TCVA | | 1/13/2015 | 1/13/2016 | $198.00 |
| HUNTERII | 15TCVA | | 1/13/2015 | 1/13/2016 | $198.00 |
| HUNTER | 15TCVA | | 1/13/2015 | 1/13/2016 | $198.00 |
| HUNTER | 15TCVA | | 1/13/2015 | 1/13/2016 | $198.00 |

**Notes:**
Each certificate listed is valid towards the purchase of one electronic airline ticket, where eligible, on United up to the value stated.
This certificate is not a ticket.
RELEASE OF LIABILITY

By acceptance of this travel certificate you release United; the operating carrier, and their respective employees, agents and representatives from any and all liability, claims or damages resulting or arising from the matters relating to your flight, compensation therefore or any related complaint.

REDEMPTION INSTRUCTIONS
• Redeem on united.com or call United Airlines Reservations at 800-864-8331 (800-UNITED-1) or visit a United Ticket Office. Certificates may not be redeemed through a Travel Agency.
• Advise the agent that you will be redeeming an Electronic Travel Certificate.
• Be prepared to offer the agent the Promotion Code, Certificate PIN and Value.

TERMS AND CONDITIONS UA REF: GG ETC
• To redeem go to united.com or call United Airlines Reservations at 800-864-8331 or visit a United Ticket Office. There is no fee to book and redeem at united.com. Please note, there will be a ticketing service fee if you redeem at United Reservations, or a United ticketing facility. Fees vary, starting at $15, and are subject to change without notice. Certificates may not be redeemed through a Travel Agency.
• You may view certificate details at united.com by clicking on Deals & Offers, Promotional Programs and enter Promotion code and PIN in the offer code box.
• The certificate may be redeemed for credit up to its face amount only toward the purchase of an electronic airline ticket(s), where eligible, from United. The Promotion Code and PIN must be presented at time of ticket purchase and expire one year from original date of issue.
• The certificate will not be honored in connection with prepaid tickets, tour packages or the purchase of non-transportation documents or items such as excess baggage charges, pet charges, MileagePlus Awards, fee-waived tickets etc.
• If the face amount of this certificate exceeds the cost of the ticket for which it is surrendered, any residual amount will be applied to the same PIN for use toward another ticket until either the original issued amount is depleted or the expiration date has been reached. This certificate cannot be combined with other travel certificates with promotion code TCVA or other travel certificates that represent a form of payment.
• This certificate is not transferable and may not be sold or bartered. However, the original recipient of this certificate may arrange travel for another person if done without selling or bartering this certificate. Any sale or barter transaction involving this certificate, or any offer to sell or enter into such a transaction, shall render this certificate fully VOID and thereupon this certificate shall no longer be redeemable by any person, including the original recipient.
• Positive identification may be required when using this certificate toward the purchase of a ticket. United is not liable for loss, theft or use of this certificate receipt by a person other than the original recipient.
• Travel permitted on flights operated by United and United Express. Certain United codeshare flights may be

GOVERNMENT EXHIBIT

**Ex. 12**

18CR3677-W

**Margaret** 01/28/2015 12:56 PM

I had certificates from a prev cancelled flight so our tickets were only $820 total!!!



1B78 Apple iPad_Other Items_pg 684

```
                               Date  3/31/15          Page    9
                               Account               XXXXX15423
                               Enclosures                     1

Easy Business Checking          XXXXX15423  (Continued)
                   Activity in Date Order
Date  Description                            Amount          Balance
3/30 DBT CRD 0000 03/29/15 00255739           14.99-       172,747.66
         STEAMGAMES
         10900 NE 4TH ST SU
         BELLEVUE     WA C#9587
3/30 DBT CRD 0000 03/27/15 10173501           54.83-       172,692.83
         BILL.COM,
         1810 EMBARCADERO R
         PALO ALTO    CA C#6641
3/30 DBT CRD 1436 03/27/15 48850093           71.83-       172,621.00
         KATO SUSHI
         980 GARNET AVE
         SAN DIEGO    CA C#9587
3/31 DBT CRD 0000 03/29/15 28523842          530.00-       172,091.00
         ASTON KAAN
         3445 HONOAPIILANI
         HONOLULU     HI C#9587
3/31 DBT CRD 0000 03/29/15 28523843          598.00-       171,493.00
         ASTON KAAN
         3445 HONOAPIILANI
         HONOLULU     HI C#9587
```

```
                   Checks In Number Order
Date   Check No              Amount
 3/23    1095                820.76
* Denotes missing check numbers
```

To report a lost or stolen ATM or Debit Card, call 1-866-546-8273.

GOVERNMENT
EXHIBIT

Ex. 14, Pg. 1

18CR3677-W

HG-CBB-005-000137

```
                                Date  4/30/15              Page    2
                                Account                    XXXXX15423
                                Enclosures
```

Easy Business Checking          XXXXX15423  (Continued)

```
                    Activity in Date Order
Date  Description                           Amount            Balance
              1370 N MAGNOLIA
              06192878873    CA C#6641
4/08 DBT CRD 0229 04/07/15 80273808          27.27-          170,978.91
         GRASSHOPPE
         197 1ST AVENUE SUI
         NEEDHAM         MA C#6641
4/09 DBT CRD 0000 04/07/15 65035148           9.36-          170,969.55
         ASTON KAAN
         3445 HONOAPIILANI
         HONOLULU       HI C#9587
4/09 DBT CRD 0000 04/07/15 65035135        2,058.61-         168,910.94
         ASTON KAAN
         3445 HONOAPIILANI
         HONOLULU       HI C#9587
4/09 DBT CRD 0000 04/07/15 65035137        3,092.77-         165,818.17
         ASTON KAAN
         3445 HONOAPIILANI
         HONOLULU       HI C#9587
4/09 DBT CRD 0433 04/08/15 45058066          182.09-         165,636.08
         AT&T*BILL
         211 S AKARD
         08003310500    TX C#9587
4/10 DBT CRD 2107 04/09/15 00890003          500.00-         165,136.08
         NSW FAMILY
         300 CARLSBAD VILL
         08589990333    CA C#9587
4/11 DBT CRD 0000 04/09/15 53006135           46.00-         165,090.08
         UNITED
         600 Jefferson Stre
         800-932-2732   TX C#9587
4/11 DBT CRD 0000 04/09/15 53006134           58.00-         165,032.08
         UNITED
         600 Jefferson Stre
         800-932-2732   TX C#9587
4/11 DBT CRD 0455 04/10/15 04743580           63.48-         164,968.60
         EB EAST CO
         155 5TH ST 7TH FLO
         8888102063     CA C#9587
4/11 DBT CRD 0000 04/09/15 52987938          645.20-         164,323.40
         UNITED
```



GOVERNMENT
EXHIBIT

Ex. 14, Pg. 2

18CR3677-W

HG-CBB-005-000139

**From:** Margaret <░░░░░░░░@gmail.com>
**Sent:** Friday, April 10, 2015 12:44 PM
**To:** Chris Marston <░░░░@ElectionCFO.com>
**Cc:** Joe Kasper <░░░░░░░@gmail.com>
**Subject:** Re: Hunter Questions

---

$86 was to electronic store for cellular phone items

$120 would be for parking

$60.25 restaurant

The two $12.50 were for a support inquiry on a photo record related program

The steam games charges were drafted from wrong accnt. We have numbers stored for various programs but these steam charges were personal so camp is due a $34.98 refund

The 3-3 $1589 is a charge I am unaware of so I am making an inquiry to Expedia right now.

The Aston kaanapali were charged for reservations which covered two days reserved for fundraising with folks based out of Honolulu but these reservations were made on 1/30...

Since then however, we made a decision to not do any fundraising there at this time for various reasons. The $530 and $598 will need to get refunded with our personal funds.


On Apr 10, 2015, at 11:53 AM, Chris Marston <░░░░@ElectionCFO.com> wrote:

> Margaret, Joe,
>
> Looking for purpose of disbursement on the following disbursements
>
> 2/2/15 debit for $86 to D F Electric
> 2/9/15 debit for $120 to San Diego Airport (food & beverages?)
> 2/20/15 debit for $60.25 - miscellaneous debit (bank debit? same as amount paid to Ki's Restaurant on 2/18-don't know if that's relevant)
> 3/3/15 debit for $1589.01 to Expedia (travel expenses? airline & hotel?)
> 3/10/15 debit for $12.50 to GE through paypal
> 3/11/15 debit for $12.50 to GE through paypal
> 3/20/15 debit for $19.99 to Steamgames
> 3/30/15 debit for $14.99 to Steamgames
> 3/31/15 debit for $530 & $598 to Aston Kaanapali Shores in Hawaii (hotel?)
>
> Thanks,
> Chris
>
> --
> **Chris Marston**
> Election CFO, LLC



GOVERNMENT EXHIBIT
Ex. 15
18CR3677-W

| **From:** | Duncan <░░░░░░░░@gmail.com> |
|---|---|
| **Sent:** | Friday, April 10, 2015 1:54 PM |
| **To:** | Margaret <░░░░░░░░)@gmail.com> |
| **Subject:** | Re: FYI |

That gives us a few months

*This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*

On Apr 10, 2015, at 13:42, Margaret <░░░░░░░░@gmail.com> wrote:

> The hotel charges actually show up under Expedia not Aston kaanapali shores but chris will also note that it was a charge error to be refunded which just needs to be paid back by end of June



GOVERNMENT EXHIBIT

Ex. 16

18CR3677-W

| **From:** | Brenda Hankins ·⬛⬛@electioncfo.com> |
| **Sent:** | Wednesday, April 15, 2015 8:46 AM |
| **To:** | Joey Kasper <⬛⬛@gmail.com>; ⬛⬛@gmail.com |
| **Cc:** | Chris Marston <⬛@electioncfo.com> |
| **Subject:** | DRAFT Hunter 2015 Q1 FEC Report |
| **Attach:** | Hunter Q1 Rpt DRAFT 4-15-15.pdf |

Margaret & Joe,

Here is the draft FEC report for Hunter.  Please let me know if you have any changes or if it is good to file.

We are still waiting for the the priority mail envelope.  If it comes in the mail today, we will add it to the report before we file.

Brenda


Brenda Hankins
Election CFO
⬛@electioncfo.com
⬛  (cell)
⬛  (fax)



GOVERNMENT
EXHIBIT

Ex. 17, Pg. 1

18CR3677-W

HG-SW3522-CMARSTON-002458

# SCHEDULE B  (FEC Form 3)
# ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)

PAGE  60  OF  95

[X] 17   [ ] 18   [ ] 19a   [ ] 19b
[ ] 20a   [ ] 20b   [ ] 20c   [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
Duncan D. Hunter for Congress

---

**A.** Full Name (Last, First, Middle Initial)
APPLE

Mailing Address  1 INFINITE LOOP

| City | State | Zip Code |
|------|-------|----------|
| CUPERTINO | CA | 95014-2083 |

Purpose of Disbursement
OFFICE SUPPLIES

Candidate Name

Category/Type

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:         District:

Disbursement For:
[ ] Primary  [ ] General
[ ] Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
03    23    2015

Amount of Each Disbursement this Period
248.25

Transaction ID : SB17.I6213

---

**B.** Full Name (Last, First, Middle Initial)
ASTON KAANAPALI SHORES

Mailing Address  3445 LOWER HONOAPIILANI RD

| City | State | Zip Code |
|------|-------|----------|
| LAHAINA | HI | 96761 |

Purpose of Disbursement
MISTAKEN CHARGE - TO BE REIMBURSED

Candidate Name

Category/Type

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:         District:

Disbursement For:
[ ] Primary  [ ] General
[ ] Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
03    31    2015

Amount of Each Disbursement this Period
598.00

Transaction ID : SB17.I6214

---

**C.** Full Name (Last, First, Middle Initial)
ASTON KAANAPALI SHORES

Mailing Address  3445 LOWER HONOAPIILANI RD

| City | State | Zip Code |
|------|-------|----------|
| LAHAINA | HI | 96761 |

Purpose of Disbursement
MISTAKEN CHARGE - TO BE REIMBURSED

Candidate Name

Category/Type

Office Sought:  [ ] House  [ ] Senate  [ ] President
State:         District:

Disbursement For:
[ ] Primary  [ ] General
[ ] Other (specify)

Date of Disbursement
M M / D D / Y Y Y Y
03    31    2015

Amount of Each Disbursement this Period
530.00

Transaction ID : SB17.I6215

---

SUBTOTAL of Disbursements This Page (optional)......................................................     1376.25

TOTAL This Period (last page this line number only)..............................................

FE5AN018

GOVERNMENT EXHIBIT
Ex. 17, Pg. 2
18CR3677-W
PENGAD 800-631-6989

FEC **Schedule B (Form 3)** (Revised 02/2009)

HG-SW3522-CMARSTON-002518

# Re: DRAFT Hunter 2015 Q1 FEC Report

**From:**     Chris Marston ⟨           @gmail.com⟩
**To:**        Margaret ⟨           @gmail.com⟩
**Cc:**        Brenda Hankins ⟨       @electioncfo.com⟩
**Date:**      Wed, 15 Apr 2015 19:23:14 -0700

Sorry.

Reading my e-mails in reverse order.

We will make the corrections in an amendment.

Chris

On Wed, Apr 15, 2015 at 10:04 PM, Margaret ⟨          @gmail.com⟩ wrote:

> Brenda
> Same with "blue point " should only say "meals"
>
> On the Aston kaanapali that is from Expedia. It should be reported as charged by Expedia.  I sent Chris
> the details.
>
>
>
> On Apr 15, 2015, at 8:45 AM, Brenda Hankins ⟨      @electioncfo.com⟩ wrote:
>
>> Margaret & Joe,
>>
>> Here is the draft FEC report for Hunter.  Please let me know if you have any changes or if it is good
>> to file.
>>
>> We are still waiting for the the priority mail envelope.  If it comes in the mail today, we will add it to
>> the report before we file.
>>
>> Brenda
>>
>>
>> Brenda Hankins
>> Election CFO
>>       @electioncfo.com
>>                    (cell)
>>                    (fax)
>>
>>
>> <Hunter Q1 Rpt DRAFT 4-15-15.pdf>

--
**Chris Marston**



GOVERNMENT EXHIBIT

Ex. 18

18CR3677-W

PENGAD 800-631-6989

**SCHEDULE B  (FEC Form 3)**
**ITEMIZED DISBURSEMENTS**

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 74 OF 98 |
|---|---|---|

FOR LINE NUMBER: (check only one)

☒ 17 ☐ 18 ☐ 19a ☐ 19b
☐ 20a ☐ 20b ☐ 20c ☐ 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Duncan D. Hunter for Congress**

---

**A.** Full Name (Last, First, Middle Initial)
**ESCONDIDO CHAMBER OF COMMERCE**

Mailing Address  720 N BROADWAY

| City ESCONDIDO | State CA | Zip Code 92025-1870 |
|---|---|---|

Purpose of Disbursement
MEMBERSHIP

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:      District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement
M M 01 / D D 27 / Y Y Y Y 2015

Amount of Each Disbursement this Period
300.00

Category/Type

**Transaction ID : SB17.I6265**

---

**B.** Full Name (Last, First, Middle Initial)
**ESCONDIDO CHAMBER OF COMMERCE**

Mailing Address  720 N BROADWAY

| City ESCONDIDO | State CA | Zip Code 92025-1870 |
|---|---|---|

Purpose of Disbursement
EVENT TICKETS

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:      District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement
M M 01 / D D 27 / Y Y Y Y 2015

Amount of Each Disbursement this Period
40.00

Category/Type

**Transaction ID : SB17.I6266**

---

**C.** Full Name (Last, First, Middle Initial)
**EXPEDIA**

Mailing Address  333 108TH AVE NE

| City BELLEVUE | State WA | Zip Code 98004 |
|---|---|---|

Purpose of Disbursement
MISTAKEN CHARGE - TO BE REIMBURSED

Candidate Name

Office Sought: ☐ House ☐ Senate ☐ President
State:      District:

Disbursement For: ☐ Primary ☐ General ☐ Other (specify)

Date of Disbursement
M M 03 / D D 31 / Y Y Y Y 2015

Amount of Each Disbursement this Period
598.00

Category/Type

**Transaction ID : SB17.I6214**

---

**SUBTOTAL** of Disbursements This Page (optional).................................................... 938.00

**TOTAL** This Period (last page this line number only)...........................

GOVERNMENT
EXHIBIT
**Ex. 19, Pg. 1**
18CR3677-W

FE5AN018

FEC Schedule B (Form 3) (Revised 02/2009)

# SCHEDULE B (FEC Form 3)
# ITEMIZED DISBURSEMENTS

| Use separate schedule(s) for each category of the Detailed Summary Page | FOR LINE NUMBER: (check only one) | PAGE 75 OF 98 |
|---|---|---|

FOR LINE NUMBER: (check only one)

[X] 17   [ ] 18   [ ] 19a   [ ] 19b
[ ] 20a   [ ] 20b   [ ] 20c   [ ] 21

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
**Duncan D. Hunter for Congress**

---

**A.** Full Name (Last, First, Middle Initial)
**EXPEDIA**

Mailing Address 333 108TH AVE NE

City BELLEVUE   State WA   Zip Code 98004

Purpose of Disbursement
MISTAKEN CHARGE - TO BE REIMBURSED

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State: ___ District: ___

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify)

Date of Disbursement
M M 03 / D D 31 / Y Y Y Y 2015

Amount of Each Disbursement this Period
530.00

Category/Type

**Transaction ID : SB17.I6215**

---

**B.** Full Name (Last, First, Middle Initial)
**EXPEDIA**

Mailing Address 333 108TH AVE NE

City BELLVUE   State WA   Zip Code 98004

Purpose of Disbursement
AIRFARE & HOTEL

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State: ___ District: ___

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify)

Date of Disbursement
M M 03 / D D 03 / Y Y Y Y 2015

Amount of Each Disbursement this Period
1589.01

Category/Type

**Transaction ID : SB17.I6268**

---

**C.** Full Name (Last, First, Middle Initial)
**EXPEDIA**

Mailing Address 333 108TH AVE NE

City BELLVUE   State WA   Zip Code 98004

Purpose of Disbursement
TRANSPORTATION

Candidate Name

Office Sought: [ ] House [ ] Senate [ ] President
State: ___ District: ___

Disbursement For:
[ ] Primary [ ] General
[ ] Other (specify)

Date of Disbursement
M M 01 / D D 02 / Y Y Y Y 2015

Amount of Each Disbursement this Period
739.68

Category/Type

**Transaction ID : SB17.I6269**

---

**SUBTOTAL** of Disbursements This Page (optional).............................. 2858.69

**TOTAL** This Period (last page this line number only).........................

GOVERNMENT EXHIBIT
Ex. 19, Pg. 2
18CR3677-W
PENGAD 800-631-6989

FE5AN018

FEC **Schedule B (Form 3)** (Revised 02/2009)

**Duncan** 10/30/2013 2:30 PM

Can I use the card for smokes or will that cost $30?

**Margaret** 10/30/2013 2:31 PM

no $ on chase babe. Will cost $34

GOVERNMENT
EXHIBIT

Ex. 20

18CR3677-W

1B78 Apple iPad_Other Items_pg 639

**Duncan** 03/18/2015 7:42 AM

My card just declined for $2.45 in a big line at the cafeteria

**Margaret** 03/18/2015 7:43 AM

I'm sorry why not use our cash for $2?

GOVERNMENT EXHIBIT

Ex. 21

18CR3677-W

PENGAD 800-631-6989

1B78 Apple iPad_Other Items_pg 686

**Duncan** 09/19/2013 5:57 PM

My card just declined

**Margaret** 09/19/2013 5:57 PM

Well sorry didn't know you'd need before getting cash this weekend

**Margaret** 09/19/2013 5:58 PM

I texted you that Id have cash for you when home

**Margaret** 09/19/2013 6:01 PM

where?

**Duncan** 09/19/2013 6:10 PM

Liquor store. No biggy.

**Margaret** 09/19/2013 6:10 PM

sorry

**Margaret** 09/19/2013 6:10 PM

lu has phone for 15

GOVERNMENT EXHIBIT

Ex. 22, Pg. 1

18CR3677-W

PENGAD 800-631-6989

1B78 Apple iPad_Other Items_pg 622

**Duncan** 09/19/2013 6:10 PM

I didn't know that you saying I'd have cash at home meant don't use the card. Should've just said don't use the card

**Duncan** 09/19/2013 6:10 PM

But no biggie. Ok. Love you

**Margaret** 09/19/2013 6:12 PM

sorry figured somehow you knew why I was saying that I'll put some in for next week



GOVERNMENT EXHIBIT
**Ex. 22, Pg. 2**
18CR3677-W



| | # Check | Check | | # Credit | Cred |
|---|---|---|---|---|---|
| 408 | 0 | | 0 | 252 | |

| Note | | Guest |
|---|---|---|
| 000l | D./HUNTER FOR CONGR DUNCAN | |

Payment: Visa/MC

Check Details:

```
Bullfeathers
Order   230222   09/19/13   22:10:42
Waiter  201 Table    0    Cust     1
------------------------------------
 1.00   OLD CHUB                  7.50
 1.00   CAPTAIN MORGAN            7.25
                            ----------
                                 14.75
        DC SalesTax               1.48
                            ----------
            Total:               16.23
```

GOVERNMENT
EXHIBIT

Ex. 23

18CR3677-W

PENGAD 800-631-6989

**Margaret** 12/12/2013 8:00 AM

$20 left for you in accnt. I'll have $300 cash with me Friday.

**Margaret** 12/12/2013 8:02 AM

then your mom will give us a check next week she says

**Duncan** 12/12/2013 8:02 AM

Yay



GOVERNMENT
EXHIBIT

Ex. 24

18CR3677-W

1B78 Apple iPad_Other Items_pg 644

| | |
|---|---|
| **From:** | Duncan < [redacted] @gmail.com> |
| **Sent:** | Thursday, December 12, 2013 10:17 AM |
| **To:** | Margaret < [redacted] @gmail.com> |
| **Subject:** | Re: Your Low Balance Alert From Chase |

I will take it out in the next hour. Thanks baby.

On Dec 12, 2013, at 11:16, Margaret < [redacted] @gmail.com> wrote:

> Take out the $20!
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Chase <no-reply@alertsp.chase.com>
>> **Date:** December 12, 2013 at 5:24:21 PST
>> **To:** [redacted] @gmail.com
>> **Subject: Your Low Balance Alert From Chase**
>>
>> This is an Alert to help manage your account ending in (...9801).
>>
>> As of 12/12/2013 8:24:19 AM EST, the available account balance was $28.16, which is less than the minimum balance of $1500.00 in your Alerts settings.
>>
>> Text your account. It texts you back. Sign up for Chase MobileSM.
>> Copy and paste the following link in your browser for more information: https://chaseonline.chase.com/Logon.aspx?
>> LOB=COLSMSLogon&amp;WT.ac=70992&amp;jp_mep=mobalert&amp;WT.pn_sku=mob&amp;jp_lid=mobalert&amp;jp_cnv=sms/confirmation.aspx&amp;jp_aid=70992
>> --------------------
>>
>> If you wish to unsubscribe from this Alert, you may https://chaseonline.chase.com/public/Alerts/unsubscribe.aspx?id=1008086933586&hash=%7BSHA2%7DtBzgu6xjizfryrjEtrRm8NoV85tVMRaV3Y3oPGguahM%3D&date=12122013&Site=COL now.
>>
>> To see all of the Alerts available to you, please log on to www.chase.com.
>> To reply to this Alert, please send us a secure message from your inbox on www.chase.com.



**GOVERNMENT EXHIBIT**

**Ex. 25**

**18CR3677-W**

PENGAD 800-631-6989



```
                matchbox
             521 8th street se
               wdc 20003

    139 Michael

    Chk 123       DUNCAN HUNTER      Gst  0
                  Dec12'13 07:36PM

      2 Bells 2 Hearted          12.00
      2 Flying Dog               10.00
      1 Lg Match Meat            23.00
      4 3 Stars Saison           32.00
      1 Ommegang                  6.00
      1 Jack Dan                  7.00
      3 Devils Draft             18.00
      2 Tanqueray                16.00
      4 ML bottle                16.00
      3 Bud Light                12.00
      4 Southern Comfort         28.00
        Charge Tip $             40.00
      XXXXXXXXXXXX7896
        Master Card             238.00

      Subtotal                  180.00
      Tax                        18.00
      Service Chrg               40.00
      Payment                   238.00
    -----------139 Check Closed-----------
    -----------Dec12'13 11:26PM-----------
```

```
                matchbox
             521 8th street se
               wdc 20003

    Date:        Sep 2 13 11:23PM
    Card Type:   Master Card
    Acct #:      XXXXXXXXXXXX7896
    Card Entry:  KEYED
    Trans Type:  PURCHASE
    Trans Key:   E1E009466405116
    Auth Code:   013894
    Check:       123
    Check ID:    DUNCAN HUNTER
    Server:      139 Michael

    Subtotal:              198.00
    Tip:                    40,00
    Total:                 238.00

    Signature
    I agree to pay above total
    according to my card issuer
    agreement.

    * * * * Merchant Copy * * * *
```

**GOVERNMENT EXHIBIT**

**Ex. 26**

**18CR3677-W**

PENGAD 800-631-6989

**Duncan** 10/21/2014 8:13 PM

$

**Duncan** 10/21/2014 8:13 PM

Can I please get it tomorrow morning?

**Margaret** 10/23/2014 11:40 AM

all ok. we're very low on $ so I'm concerned

GOVERNMENT EXHIBIT

Ex. 27

18CR3677-W

PENGAD 800-631-6989

Appointment

| | |
|---|---|
| **From**: | DeBeikes, Carly [/O=U.S. HOUSE OF REPRESENTATIVES/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CDEBEIKES] |
| **Sent**: | 10/16/2014 2:56:18 PM |
| **Subject**: | Block for Personal Day |
| **Start**: | 10/22/2014 4:00:00 AM |
| **End**: | 10/23/2014 4:00:00 AM |
| **Show Time As**: | Free |



GOVERNMENT EXHIBIT

Ex. 28

18CR3677-W



RANCHO BERNARDO INN
SNACK BAR

217 OTE AR

7:56A 4

```
              2.0)
3        INT  15.0)
1 WA   (mall)  2.5)

   FOOD        4.5)
   BEER       15.0)
   SvcChg      4.0)
   Payments   23.5)
   $ Charged Tip 4.0)
   XXXXXXXXXXXX9587   XX/X(
   9461/F&B Mastercard
   MASTERCARD  23.5)
```

RANCHO BERNARDO INN
SNACK BAR
CHECK:      5138
 ERVER·  217
 ATE              M

                    X9587

        25
     JNGR DUNCAN D.

SUBTOTAL:       19.50

TIP   :         4.00

TOTAL :         23.50

SIGNATURE

   I agree to pay above total
amount according to card holder
          agreement.

GOVERNMENT
EXHIBIT
Ex. 29, Pg. 1
18CR3677-W
PENGAD 800-631-6989

HG-RanchoBInn-264-000012

Rancho Bernardo
Sales# 2541410220019,    10/2
2/2014
Acct: J83746-000 Class: PUB
Sold To:
    McClure, Donald
      Unit Price         Extended

2   Golfnow M 1h
    $71.00           $142.00
4   Taylormade Project A Balls 8.99
    $8.99            $35.96

Sub Total:          $177.96
Tax:                  $2.88
Total:              $180.84


Amt Tendered:       $180.84
Change:               $0.00

Paid $180.84 Master Card

Master Card: xxxxxxxxxxxx9587
Approval Code: 090222
Ref#: 2367


Tee # 1
Tee time :
Rancho Bernardo – 08:00 AM
10/22/2014
Player 1, 2: McClure,Donald

Cardmember acknowledges receipt of goods
and/or services in the amount of the
total shown hereon and agrees to perform
the obligations set forth by the
CardMember's agreement with the issuer.



Signature
    D./HUNTER FOR CONGR DUNCAN $180.84
          McClure, Donald

GOVERNMENT
EXHIBIT
Ex. 29, Pg. 2
18CR3677-W

PENGAD 800-631-6989

HG-RanchoBInn-264-000013

**CAESARS**

3570 Las Vegas Blvd. South Las Vegas, NV 89109
**FOR RESERVATIONS CALL 1-800-634-6661**
**702-731-7110**

GUEST PAY

HUNTER, DUNCAN                                Room No LC 3056
EXPEDIA                                       Page No   1
OK FOR STAY***                                Guests    2
                                              Res ID. 421834289987
                                              Fol ID. 421844402966
                                              Arvl Dt  6/29/15
                                              Dept Dt  7/01/15
                                              Group   WCEXB15
                                              T/A No.

| DATE | REFERENCE | DESCRIPTION | SPLIT | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/30/15 | 421844402964 | SNACKUS MAXIMUS | | 77.00 |
| EXTERNAL TICKET # 1466224 | | | | |
| 6/30/15 | 421844417144 | SNACKUS MAXIMUS | | 27.00 |
| EXTERNAL TICKET # 1453617 | | | | |
| 6/30/15 | 421844566902 | SNACKUS MAXIMUS | | 27.00 |
| EXTERNAL TICKET # 1466294 | | | | |
| 6/30/15 | 421844612431 | SUN GODS STORE | | 14.79 |
| EXTERNAL TICKET # 10 | | | | |
| | | LC3056HU    XP:CLV6838402 | | |
| 6/30/15 | 421844614482 | STARBUCKS | | 11.73 |
| EXTERNAL TICKET # 6756265 | | | | |
| 7/01/15 | 421855917499 | STARBUCKS | | 21.46 |
| EXTERNAL TICKET # 6765428 | | | | |
| 7/01/15 | 421856161766 | FRONT DESK VISA | | 178.98- |
| | | ************4065 | | |

                        TOTAL          0.00

0:37   15:56 FVS        7/01/15421834289987HUNTER, DUNCAN

## Thank You for Staying at Caesars Palace



GOVERNMENT
EXHIBIT
**Ex. 30, Pg. 1**
18CR3677-W
PENGAD 800-631-6989

HG-CEASARSPALACE-144-000005

# CAESARS

3570 Las Vegas Blvd. South Las Vegas, NV 89109
**FOR RESERVATIONS CALL 1-800-634-6661**
**702-731-7110**

GROUP DELEGATE/CONVENTION

HUNTER, MARGARET
EXPEDIA BEST 2015-2016

Room No
Page No     1
Guests      1
Res ID. 416714062531
Fol ID. 421834289327
Arvl Dt  6/29/15
Dept Dt  7/01/15
Group    WCEXB15
T/A No.

|  | | TRANSFER FROM  MARGARET | | HUNTER | 421823747232 |
|---|---|---|---|---|---|
| GRMTX | | GROUP RM & TAX TO MASTER | | | |

| DATE | REFERENCE | DESCRIPTION | SPLIT | AMOUNT | |
|---|---|---|---|---|---|
| 6/29/15 | 421839001151 | ROOM CHARGE LC 3056 | | 177.62 | |
| EXTERNAL TICKET # LC 3056 | | | | | |
| | | TAX | | 21.31 | |
| 6/30/15 | 421849001173 | ROOM CHARGE LC 3056 | | 177.62 | |
| EXTERNAL TICKET # LC 3056 | | | | | |
| | | TAX | | 21.31 | |
| 7/01/15 | 421856161746 | GROUP SETTLEMENT | | 397.86- | |
| XFR TO | 416714062531 | WCEXB15   *GROUP MASTER* | | | |
| | | FRM 6/29/15 TO 7/01/15 | | | |

|  | TOTAL | | 0.00 | |
|---|---|---|---|---|

3:05     0:00 DIR        7/01/15416714062531HUNTER, MARGARET

GOVERNMENT
EXHIBIT
**Ex. 30, Pg. 2**
**18CR3677-W**

PENGAD 800-631-6989

## Thank You for Staying at Caesars Palace

## CAESARS

**3570 Las Vegas Blvd. South Las Vegas, NV 89109**
**FOR RESERVATIONS CALL 1-800-634-6661**
**702-731-7110**


GUEST PAY


HUNTER, MARGARET                          Room No LC 3056
EXPEDIA                                   Page No    1
OK FOR STAY***                            Guests     2
                                          Res ID. 421823747232
                                          Fol ID. 421834289330
                                          Arvl Dt  6/29/15
                                          Dept Dt  7/01/15
                                          Group    WCEXB15
                                          T/A No.


| DATE | REFERENCE | DESCRIPTION | SPLIT | AMOUNT |
|------|-----------|-------------|-------|--------|
| 6/29/15 | 421834289328 | RESORT FEE $32.48 DAILY | | |
| 6/29/15 | 421834290719 | ROOM SERVICE MINI BAR | | 7.57 |
| | | 23056 005807 AQUAFINA | | |
| 6/29/15 | 421834290807 | INTERNET 24 HOUR BLOCK | X | 6.99 |
| EXTERNAL TICKET # 4290807 | | | | |
| | | 3056 01:06 LAPTOP-25002 | | |
| 6/29/15 | 421834291454 | ROOM SERVICE MINI BAR | | 7.57 |
| | | 23056 012655 AQUAFINA | | |
| 6/29/15 | 421834291802 | ROOM SERVICE MINI BAR | | 7.57 |
| | | 23056 014747 AQUAFINA | | |
| 6/29/15 | 421834291805 | ROOM SERVICE MINI BAR | | 7.57 |
| | | 23056 014747 AQUAFINA | | |
| 6/29/15 | 421834294679 | RESORT FEE | | 32.48 |
| EXTERNAL TICKET # 0001247 | | | | |
| | | RESORT FEE | | |
| 6/30/15 | 421844672024 | RESORT FEE | | 32.48 |
| EXTERNAL TICKET # 0001217 | | | | |
| | | RESORT FEE | | |
| 6/30/15 | 421844379934 | CAFE AMERICANO (LSD) | | 245.39 |
| EXTERNAL TICKET # 673 | | | | |
| | | LC3056HU    XP:CLV6837329 | | |
| 6/30/15 | 421844382206 | INTERNET 24 HOUR BLOCK | X | 4.99 |
| EXTERNAL TICKET # 4382206 | | | | |
| | | 3056 11:54 LAPTOP-25002 | | |
| 6/30/15 | 421844391464 | SUN GODS STORE | | 59.78 |
| EXTERNAL TICKET # 9918 | | | | |
| | | LC3056HU    XP:CLV6837598 | | |
| 6/30/15 | 421844405018 | ROOM SERVICE MINI BAR | | 5.41 |
| | | 23056 142143 SIERRA MIS | | |
| 6/30/15 | 421844406062 | ROOM SERVICE MINI BAR | | 5.41 |
| | | 23056 143157 SIERRA MIS | | |
| 6/30/15 | 421844408743 | ROOM SERVICE MINI BAR | | 30.27 |
| | | 23056 145645 INTIMACY M | | |
| 6/30/15 | 421844419404 | SNACKUS MAXIMUS | | 27.00 |
| EXTERNAL TICKET # 1453637 | | | | |
| 6/30/15 | 421844446564 | ROOM SERVICE MINI BAR | | 5.41 |
| | | 23056 160735 DIET PEPSI | | |
| 6/30/15 | 421844614204 | ROOM SERVICE MINI BAR | | 5.41 |
| | | 23056 163912 DIET PEPSI | | |
| 6/30/15 | 421844624751 | IN ROOM DINING | | 212.53 |
| EXTERNAL TICKET # 1281841 | | | | |
| 6/30/15 | 421844662515 | ROOM SERVICE MINI BAR | | 7.57 |
| | | 23056 230443 MILLER LIT | | |


24:30   15:56 FVS         7/01/15421823747232HUNTER, MARGARET

## Thank You for Staying at Caesars Palace

GOVERNMENT
EXHIBIT
**Ex. 30, Pg. 3**
18CR3677-W

PENGAD 800-631-6989

**CAESARS**

3570 Las Vegas Blvd. South Las Vegas, NV 89109
FOR RESERVATIONS CALL 1-800-634-6661
702-731-7110

GUEST PAY

HUNTER, MARGARET
EXPEDIA
OK FOR STAY***

Room No LC 3056
Page No    2
Guests     2
Res ID. 421823747232
Fol ID. 421834289330
Arvl Dt  6/29/15
Dept Dt  7/01/15
Group   WCEXB15
T/A No.

| DATE | REFERENCE | DESCRIPTION | SPLIT | AMOUNT |
|------|-----------|-------------|-------|--------|
| 7/01/15 | 421856161749 | FRONT DESK VISA ************4065 | | 711.40- |
| | | TOTAL | | 0.00 |

0:30   15:56 FVS        7/01/15421823747232HUNTER, MARGARET

**Thank You for Staying at Caesars Palace**

GOVERNMENT EXHIBIT
Ex. 30, Pg. 4
18CR3677-W



GOVERNMENT
EXHIBIT

Ex. 31

18CR3677-W

**Duncan** 07/07/2015 6:27 AM

The campaign card declined for a $100 purchase.

**Margaret** 07/07/2015 2:07 PM

Short and fun in front? Hey we racked up $600 minibar and various beg and more charges at Caesars...

**Duncan** 07/07/2015 2:25 PM

Believe it.

**Duncan** 07/07/2015 2:26 PM

Breakfast was over $200

**Duncan** 07/07/2015 2:27 PM

Duncan and I did not get anything in our room at Caesars

**Duncan** 07/07/2015 2:28 PM

I should say I. I did have two beers out of the refrigerator

GOVERNMENT EXHIBIT

Ex. 32, Pg. 1

18CR3677-W

PENGAD 800-631-6989

1B78 Apple iPad_Other Items_pgs 695-696

**Duncan** 07/07/2015 2:28 PM

What did we have for dinner there?

**Margaret** 07/07/2015 2:30 PM

we didn't went to that Italian place Breakfast, kids room service while we were at pool and our pool drinks were $178
then gift shop

**Margaret** 07/07/2015 2:30 PM

minibar has several charges for snacks. Anyway lots of $
oh well

GOVERNMENT EXHIBIT
Ex. 32, Pg. 2
18CR3677-W
PENGAD 800-631-6989

1B78 Apple iPad_Other Items_pgs 695-696

| **From:** | Chase Debit Card Fraud Prevention <chase.fraud.prevention@info.chase.com> |
| **Sent:** | Friday, November 27, 2015 6:40 AM |
| **To:** | _____@gmail.com |
| **Subject:** | Action requested: Please confirm activity |



## Action requested: Please confirm activity
**Chase Fraud Protection Services: Chase Chase debit or ATM card ending in 8740**

**If you've already responded, you can ignore this notice.**

MARGARET HUNTER:

Please tell us if you, or someone you authorized, used your Chase debit or ATM card for:

1) On Friday, November 27, 2015, a transaction in the amount of $216.68 was declined at gioielleria manetti, a jewelry and watch shop, in Firenze Fi, Italy.

2) On Thursday, November 26, 2015, a transaction in the amount of $94.65 was approved at travel reservation usa, a travel agent or tour operator, in 800-367-3476, Nevada, United States.

## Do you recognize each transaction listed above?

**YES**
- Your card remains active.
- If a purchase was declined, you will not be charged unless you try again.

**NO**
- We'll block your card and call you.
- If you need to speak with us, call us at 800-355-5265.

Sincerely,
Chase Fraud Protection Services

Este email contiene información importante de la cuenta. Si tiene alguna pregunta, por favor llame al 1-800-978-8664.

**Email Security Information**

GOVERNMENT
EXHIBIT
**Ex. 33**
18CR3677-W

PENSKAD 800-631-6989

MANETTI JEWELERS
S.R.L.
VIA CALZAIUOLI 92/R
50122 FLORENCE ITALY
TEL. [+39] 055-214401
VAT NO. 00030600480

NON FISCAL
MANAGEMENT PERIODIC
REPORT "Z"

DATE OF LAST RESET
11-26-2015

RECEIPT INFORMATION
VAT 1: 0.00%
SOLD                    203.74
VAT 2: 22.00%
SOLD                    580.00
------------------------------------------

TOTAL SOLD              883.74
TOTAL AMOUNT COLLECTED
                        883.74

TOTALS
TOTAL SOLD              883.74
TOTAL AMOUNT COLLECTED
                        883.74

SUBTOTAL DISCOUNTS        2
                        23.00

CUSTOMERS SERVED          6

REGISTER:                01
11-27-2015            19:22
NO. OF NON-FISCAL
RECEIPTS          1
          NON-FISCAL

MANETTI JEWELERS
S.R.L.
VIA CALZAIUOLI 92/R
50122 FLORENCE ITALY
TEL. [+39] 055-214401
VAT NO. 00030600480

CLOSING FISCAL REPORT
*Z*
AMOUNTS IN EURO
------------------------------------------
RECEIPT AMOUNTS
------------------------------------------
DAILY AMOUNT
                        883.74
ALL-TIME TOTAL
              [illegible]

[Handwritten arrow pointing to amount on left]

[illegible notation]     [illegible signature]

GOVERNMENT
EXHIBIT
Ex. 34, Pg. 1
18CR3677-W

```
DAILY CREDIT NOTES
                          0.00
--------------------------------------------
   DOCUMENT AMOUNTS II
--------------------------------------------
DAILY AMOUNT              0.00
*INVOICES                0.00
*RECEIPTS                0.00
DAILY CREDIT NOTES       0.00


--------------------------------------------
   OPERATION DETAILS
--------------------------------------------
DISCOUNTS               23.00
        NO. 2
PREMIUMS                 0.00
        NO. 0
REBATES                  0.00
        NO. 0
RETURNS                  0.00
        NO. 0
UNCOLLECTED BALANCES
*TICKETS                 0.00
*RECEIPTS                0.00
AMOUNTS RECEIVED
*TICKETS               883.74
*INVOICES                0.00
*RECEIPTS                0.00
--------------------------------------------
   DAILY DOCUMENTS
--------------------------------------------
NO. OF FISCAL RECEIPTS      7
*NO. RECEIPTS / CR. NOTE    0
NO. OF FISCAL RECEIPTS      3
*NO. DGFE REPORTS           2

NO. DOCUMENTS, II           0
*NO. INVOICES               0
*NO. INVOICES / CR. NOTE    0
*NO. RECEIPTS               0
--------------------------------------------
   GENERAL INFORMATION
--------------------------------------------
NO. TIMES FISCAL MEMORY
ACCESSED                    0
ALL-TIME RESETS          1708
NO. REACTIVATIONS           0
--------------------------------------------
   ELECTRONIC JOURNAL NO. 1
          DATED 07-06-2010
       SERIAL NO. 04 80504148

REGISTER:                  01
11-27-2015              19:22
NO. OF NON-FISCAL
RECEIPTS                    7

(DAILY CLOSING) FOR 11-27-2015
          MARK
    46AC 9342 ABBE EFAA
    [ill.] 4AC E619 FD63 4A3C
```

[illegible notation]          [illegible signature]



GOVERNMENT
EXHIBIT
Ex. 34, Pg. 2
18CR3677-W

MANETTI JEWELERS
VIA DEI CALZAIUOLI

PURCHASE
VISA/MAST

Date 11/27/2015        Time 14:19
No. Op: 001438        TML: 32864519
ACQ. CODE        00[illegible]00071
Merchant:        33[illegible]006
PAN        498865[illegible]4799
EXP        xx/xx/xx
STAN: 001412        C.AUT: 804844
I.C.: ICC        A.C.: 000
AIO: A0000000031010
I.C.: OF9C188000CD26[illegible]
ICC: 380 CUR: 978 VAT: 808008[ill.]
APPL: Visa Credit ATC: 0016 ARC:00

EUR        203.74

[illegible signature]
------------------------------------
(Signature)

TRANSACTION PROCESSED

THANKS AND SEE YOU SOON!

---------------

[illegible notation]        [illegible signature]



```
                                          **  VAT OFF EXT ART. 38 PARA. 4   **
                                          **PRES. DECREE 633/72 AS AMENDED*
                                          MANETTI JEWELERS
                                            Via dei Calzaiuoli 92/R
                                            50122-Florence Italy
                                            Manetti Jewelers Srl
                                            Via dei Calzaiuoli 92/R
                                          50122-Florence
```

[Premier Tax Free logo in left margin]

[Vertical text in left margin: Pursuant to Art. 38*quater* of Presidential Decree 633/72 as amended Invoices are registered on the same date in the payments registry]

VAT 00030600480 TAX ID 00030600480

| | | | |
|---|---|---|---|
| Shop Code | | | 146328 |
| Doc. No. | | SIT380-10-146328-10206076-9 | |
| Description | Qty. | VAT | Sales |

| | | |
|---|---|---|
| WATCH | 01 | 22.00% |
| **BUSINESS COPY** | | |
| INITIAL PRICE: | | 239.00 |
| TAXABLE: | | 195.90 |
| SERVICE CONTRIBUTION: | | 7.84 |

| Net Price | VAT | Tot. Sales | Refund |
|---|---|---|---|
| 203.74 | VATOFF NO REFUND | | |
| 11/27/2015 | | | |

CUSTOMER CARE POLICY
REFUND CONFIRMATION WEB SITE:
www.premiertaxfree.com/t_confirmation.php
IMPORTANT REMINDERS ON BACK
[Text in Cyrillic]
[illegible signature]
-----------------------------------------------------------

Retailer signature

       [illegible notation]

Date

Invoice

188/B

Name    [Text in Cyrillic]

**HUNTER MARGARE** [sic]

Address  [Text in Cyrillic]

[handwritten]▓▓▓▓▓
[handwritten] **La Mesa, CA 91944**
[handwritten] **535046645**
UNITED STATES
VISA▓▓▓▓▓8740 – 04/19

Passport [Text in Cyrillic]
Country [Text in Cyrillic]
Credit Card
[Text in Cyrillic]
[Vertical text in left margin: Premier Automatic
Form 1 – 07/10/2012]
The purchaser hereby understands and confirms that the credit card
nominated to credit the VAT refund is the same card used for the
payment of the goods described overhead, delete if not applicable.
If you intend to get a cash refund do not write your credit card number on
this form.

I, the undersigned, agree to
conditions on reverse and authorize
Premier Tax Free to debit my credit
card for Euro 51.82 if this
document is not received by Premier
Tax Free, duly stamped by EU

```
+-----------------------------------+
|      E.U. CUSTOMS STAMP           |
|          [illegible]              |
|      PURCHASES MUST BE            |
|      SHOWN TO E.U. CUSTOMS        |
+-----------------------------------+
```

Cash  ☐     Check  ☐

I agree to conditions      [illegible signature]
on reverse and above  -------------------------------------
                        customer signature

[illegible notation in left margin]
For Swiss Tourists

Account No.

Bank or Post Office                      [illegible signature]

Address

IBAN code – SWIFT code

GOVERNMENT
EXHIBIT
Ex. 34, Pg. 4
18CR3677-W
PENGAD 800-631-6989

**Margaret** 12/03/2015 10:53 AM

btw the visa isn't full at all so it not working last night was not the bank issue

**Margaret** 12/03/2015 10:56 AM

chris actually paid it up Nov 23

**Duncan** 12/03/2015 11:10 AM

Ok. I'll try it right now.

**Margaret** 12/03/2015 11:10 AM

yeah. There's only a $290 bal on it

**Duncan** 12/03/2015 11:18 AM

Just tried it for $30 and it does not work. It explicitly says declined. This is happened twice now at two different places within 24 hours

GOVERNMENT
EXHIBIT

Ex. 35, Pg. 1

18CR3677-W

1B78 Apple iPad_Other Items_pg 701

**Margaret** 12/03/2015 11:19 AM

K I'll make a call

**Margaret** 12/03/2015 12:55 PM

yep bank had a fraud concern and resent a card. Need to activate the one that just came here



GOVERNMENT
EXHIBIT

Ex. 35, Pg. 2

18CR3677-W

1B78 Apple iPad_Other Items_pg 701

| | |
|---|---|
| **From:** | Chris Marston <░░░░░░@gmail.com> |
| **Sent:** | Thursday, December 3, 2015 12:26 PM |
| **To:** | Margaret <░░░░░░@gmail.com> |
| **Subject:** | Re: payment |

No idea. 4065 shows as current and active on the website.

If they sent another one, perhaps it's a fraud concern.

My best suggestion is to call the customer service number on the card.

I have a direct line to the debit card folks, but not the credit card folks.

On Thu, Dec 3, 2015 at 2:21 PM, Margaret <░░░░░░@gmail.com> wrote:
> I received a new visa card for Duncan for some reason. Is he to activate that not sure why it would have been generated.
> Also he just tried to use his ending in 4065 and didn't work can you check pls
>
> On Dec 3, 2015, at 11:06 AM, Chris Marston <░░░░░░@gmail.com> wrote:
>
>> When the card is maxed out, I pay it off so you can continue to use it. You can make an excessive payment that will just help cover the next bill.
>>
>> On Thu, Dec 3, 2015 at 1:55 PM, Margaret <░░░░░░@gmail.com> wrote:
>>> Chris
>>> Visa says payment was made Nov 23 I thought they were due on 3 rd of each month. Pls let me know how I can make a payment toward personal potion on card
>>>
>>> Thanks
>>>
>>>
>>>
>>> --
>>> **Chris Marston**
>>> ░░░░░░

--
**Chris Marston**
░░░░░░

GOVERNMENT
EXHIBIT

Ex. 36

18CR3677-W

PENGAD 800-631-6989

Hunter-00046312