DAVID D. LESHNER
Attorney for the United States
Acting under Title 28, U.S.C. Section 515
BRADLEY G. SILVERMAN
Assistant U.S. Attorney
Washington D.C. Bar No. 1531664
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6345
Email: bradley.silverman@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DUNCAN D. HUNTER,<br>MARGARET E. HUNTER<br><br>    Defendants. | Case No.: 18-CR-03677-W<br><br>**REQUEST TO WITHDRAW UNITED STATES' NOTICE OF ATTORNEY APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

The United States of America, by and through its counsel, David D. Leshner, Attorney for the United States acting under 28 U.S.C. § 515, and Bradley G. Silverman, Assistant United States Attorney, hereby requests that this Court authorize the withdrawal of document number 35 from the clerks record.

DATED: June 25, 2019

                                                            Respectfully submitted,

                                                            DAVID D. LESHNER
                                                            Attorney for the United States

                                                            s/*Bradley G. Silverman*
                                                            BRADLEY G. SILVERMAN
                                                            Assistant United States Attorney