DAVID D. LESHNER.
Attorney for the United States
Acting under Title 28 U.S.C. § 515
California Bar No. 207815
EMILY W. ALLEN (California Bar No. 234961)
W. MARK CONOVER (California Bar No. 236090)
PHILLIP L.B. HALPERN (California Bar No. 133370)
BRADLEY G. SILVERMAN (D.C. Bar No. 1531664)
Assistant United States Attorney
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9738
Email: emily.allen@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR3677(1)-W |
| Plaintiff, | ORDER |
| v. | |
| DUNCAN D. HUNTER, | |
| Defendant. | |

Upon consideration of defendant Duncan D. Hunter's Motion to Dismiss Counts 58 through 60 of the Indictment (Doc. No. 44) (filed Jun. 24, 2019), the related legal memoranda in support of and opposition to this motion, the unrebutted allegations in the indictment, the arguments presented at the motion hearing dated July 8, 2019, and the entire record herein, the Court hereby finds:

    1.    The indictment and prosecution of this case is based on criminal statutes of general applicability, and does not rely on the interpretation of any House of Representatives Rule.

1

2. The Rulemaking Clause of the U.S. Constitution does not confer individual immunity from prosecution.

3. Hunter's motion to dismiss Counts 58 through 60 based on the Rulemaking Clause or separation of powers principles does not raise any colorable claim and is without merit.

Accordingly, IT IS HEREBY ORDERED that defendant's Motion to dismiss Counts 58 through 60 of the indictment is denied.

**IT IS SO ORDERED.**

DATED: 7/9/19

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE