DAVID D. LESHNER.
Attorney for the United States
Acting under Title 28 U.S.C. § 515
California Bar No. 207815
EMILY W. ALLEN (California Bar No. 234961)
W. MARK CONOVER (California Bar No. 236090)
PHILLIP L.B. HALPERN (California Bar No. 133370)
BRADLEY G. SILVERMAN (D.C. Bar No. 1531664)
Assistant United States Attorney
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-6345
Email: bradley.silverman@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DUNCAN D. HUNTER,<br><br>Defendant. | Case No. 18CR3677(1)-W<br><br>**ORDER** |

Upon consideration of defendant Duncan D. Hunter's Motion to Dismiss Indictment for Violation of Speech or Debate Clause of the Constitution (Doc. No. 38) (filed Jun. 24, 2019) and Motion for Disclosure and Production of Grand Jury Materials (Doc. No. 40) (filed Jun. 24, 2019), the related legal memoranda in support of and opposition to this motion, the evidence presented including exhibits submitted with the pleadings, the unrebutted allegations in the indictment, the arguments presented at the motion hearing dated July 8, 2019, and the entire record herein, the Court hereby finds, based on a preponderance of evidence:

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1.      The Hunter family trip to Italy in November 2015 was a personal vacation the primary purpose of which was unrelated to Hunter's work as a member of Congress or candidate for federal office.

2.      Hunter's primary motive in attempting to schedule the November 2015 visit to a base was to generate a pretextual purpose so that he could misrepresent his personal use of campaign funds for the family vacation.

3.      The proposed November 2015 visit to a base in or around Naples, Italy in conjunction with the Hunter family vacation was, at best, a pre-legislative or fact-finding investigation by an individual member of Congress.  On its face, the purpose of the proposed visit is ambiguous, but evidence of the content, purpose, and motives for the proposal demonstrates that it was designed primarily to provide a pretext for the family vacation and not for any legislative purpose.  Had the visit occurred, it would have been a non-legislative act.

4.      Evidence relating to Hunter's attempts to schedule (and then cancel) the visit to a base in or around Naples, Italy, does not relate to any legislative act, and Hunter has failed to demonstrate that the use of that evidence at trial should be prohibited by the Speech or Debate Clause.

5.      The OCE Report of August 26, 2016, which Hunter played no role in preparing, is not a legislative act of Hunter's and was not related to the process of enacting legislation.  Hunter has failed to demonstrate that the use of evidence relating to the OCE Report at trial should be prohibited by the Speech or Debate Clause.

6.      Hunter's public response to the release of the OCE Report, and the associated discussion with members of Hunter's staff, was designed to mitigate negative effects of the public release of the Report, and was, like a news release, political in nature rather than legislative.

7.      Evidence relating to Hunter's response to the release of the OCE Report does not relate to any legislative act, and Hunter has failed to demonstrate that the use of that evidence at trial should be prohibited by the Speech or Debate Clause.

2

8.      Hunter has failed to demonstrate any particularized need for disclosure of grand jury materials.

9.      Hunter's claim that the indictment as a whole should be dismissed for violation of his Speech or Debate Clause protections is wholly without merit.

Accordingly, IT IS HEREBY ORDERED that:

1.      Defendant's Motion to dismiss the indictment for violations of the Speech or Debate Clause is denied.

2.      Defendant's Motion for disclosure of grand jury materials is denied.

**IT IS SO ORDERED.**

DATED:   7/9/19

_____
HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE