Devin Burstein (Ca. 255389)
Warren & Burstein
501 West Broadway, Suite 240
San Diego, Ca., 92101
(619) 234-4433
db@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUNCAN D. HUNTER,<br><br>Defendant. | Case No. 18-cr-3677-W<br><br>Notice of attorney appearance |

Counsel notices his appearance on behalf of Duncan Hunter. Mr. Gregory A. Vega remains lead counsel.

Respectfully Submitted,

Dated: July 19, 2019

/s/ *Devin Burstein*
Devin Burstein
Warren & Burstein

1