Attorney Name and Address:

Devin Burstein
Warren & Burstein
501 W. Broadway, Ste. 240
San Diego, Ca. 92101

PHONE: 619-234-4433

**x** RETAINED _____ APPOINTED

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TRIAL JUDGE Thomas J. Whelan       COURT REPORTER Gayle Wakefield

UNITED STATES OF AMERICA   )   CASE NO. 18-cr-3677-W
                           )
                           )   NOTICE OF APPEAL        (Criminal)
vs.                        )
                           )
Duncan D. Hunter           )

Notice is hereby given that _____ Duncan D. Hunter _____, defendant/plaintiff above named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the:    (check one)
( ) Final Judgment
( ) Sentence Only (sentence imposed) _____
(✓) Order (describe) Denying Motion to Dismiss Indictment for Violation of Speech or Debate Clause
entered in this proceeding on the ___ 9th ___ day of ___ July ___. ___ 2019 ___
If a government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. §3742(b)(4) _____ Yes _____ No

Date: 7/19/19
                                         _____
                                              Signature
Transcripts required*  **x** Yes _____ No

Date (✓) Indictment   ( ) Information Filed:   8/21/18
Bail status _____
Will there be a request to expedite the appeal?   _____ Yes _____ No
(Note: This does not alleviate the requirement of filing a motion to expedite which must be done in accordance with FRAP 27).

* If transcript(s) required, a transcript designation and ordering form must be completed and the court reporter(s) contacted to make arrangements for transcription.