UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-50242 |
| Plaintiff-Appellee, | D.C. No. 3:18-cr-03677-W |
| v. | Southern District of California, San Diego |
| DUNCAN D. HUNTER, | ORDER |
| Defendant-Appellant. | |

Appellant's opposed motion for an extension of time to respond to the court's July 23, 2019, order to show cause and appellee's motion to dismiss for lack of jurisdiction (Docket Entry No. 4) is granted. Appellant's response is now due September 6, 2019.

Failure to comply with the July 23, 2019, order may result in the dismissal of the appeal for failure to prosecute. *See* 9th Cir. R. 42-1.

Appellee's motion to dismiss for lack of jurisdiction (Docket Entry No. 2) will be addressed by separate order.

Briefing remains suspended pending further court order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: David J. Vignol/Deputy Clerk
Ninth Circuit Rule 27-7

DV/AppComm Direct Criminal