Devin Burstein (Ca. 255389)
Warren & Burstein
501 West Broadway, Suite 240
San Diego, Ca., 92101
(619) 234-4433
db@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18-cr-3677-W |
|---|---|
| Plaintiff, | Joint status report |
| v. | |
| DUNCAN D. HUNTER, | August 13, 2019 at 11:00 a.m. |
| Defendant. | |

To aid the Court in preparation for the hearing on August 13, 2019, the parties jointly submit this status report regarding the pending trial date.

A.   <u>Relevant Procedural History.</u>

On July 9, 2019, the Court denied Mr. Hunter's motion to dismiss the indictment under the Speech or Debate Clause of the United States Constitution.  *See* Dckt. No. 75.

On July 19, 2019, Mr. Hunter filed a Notice of Interlocutory Appeal from that denial.  *See* Dckt. No. 78.

1

On July 22, 2019, the government filed a motion to dismiss the interlocutory appeal with the Court of Appeals. *See* Dckt. No. 2 in USCA No. 19-50242.

On July 23, 2019, the Court of Appeals issued an order to show cause as its jurisdiction. *See* Dckt. No. 3 in USCA No. 19-50242.

Also on July 23, 2019, Mr. Hunter filed a motion with the Court of Appeals for an extension of time to respond to both the government's motion to dismiss and the order to show cause. *See* Dckt. No. 4 in USCA No. 19-50242.

On July 24, 2019, the Court of Appeals granted Mr. Hunter's motion for an extension of time. *See* Dckt. No. 5 in USCA No. 19-50242. Mr. Hunter's consolidated response is now due September 6, 2019. The government intends to file a reply brief. A three-judge panel will decide the motion to dismiss, once briefing is complete.

B.   Joint Requests.

In light of the above, the parties have met and conferred. They have agreed to the following:

First, in the interests of justice, the parties jointly request the Court continue the trial date to October 29, 2019. This request is made without prejudice to the litigation in the Court of Appeals. It does not moot Mr. Hunter's interlocutory appeal or the government's motion to dismiss the

appeal. The parties understand that, depending on the Court of Appeals' resolution of the motion to dismiss, the trial date may be vacated.

Second, the government intends to file a motion with this Court for a finding of dual jurisdiction, such that the Court may preside over the trial while the appeal is pending. Mr. Hunter will oppose that motion. The parties suggest the following briefing schedule:

a. The government's motion is due August 16, 2019.

b. Mr. Hunter's response in opposition is due August 23, 2019.

c. Hearing on September 3, 2019, or whenever it is convenient for the Court.

If the Court grants the government's motion and determines it retains jurisdiction, Mr. Hunter will seek a stay with the Court of Appeals, asking that no trial take place until after the Court of Appeals decides the government's motion to dismiss the interlocutory appeal.

If the Court of Appeals grants Mr. Hunter's request for a stay and/or denies the government's motion to dismiss, the parties agree to request a status hearing where they will address a new trial date as soon as the Court of Appeals returns the matter to this Court for further proceedings.

3

                              Respectfully submitted
                              with the consent of all parties,

Dated: August 12, 2019　　　　　/s/ *Devin Burstein*
　　　　　　　　　　　　　　　　Devin Burstein
　　　　　　　　　　　　　　　　Warren & Burstein

Dated: August 12, 2019　　　　　/s/ *Gregory Vega*
　　　　　　　　　　　　　　　　Gregory Vega
　　　　　　　　　　　　　　　　Seltzer Caplan McMahon Vitek

Dated: August 12, 2019　　　　　/s/ *Emily Allen*
　　　　　　　　　　　　　　　　Emily Allen
　　　　　　　　　　　　　　　　Assistant United States Attorney

<u>Signature Certification</u>

I certify that all parties signing above are aware of the content of the above document and have authorized me to sign for them.

Dated: August 12, 2019　　　　　/s/ *Devin Burstein*
　　　　　　　　　　　　　　　　Devin Burstein
　　　　　　　　　　　　　　　　Warren & Burstein