DAVID D. LESHNER
Attorney for the United States
Acting under Title 28, U.S.C. Section 515
EMILY W. ALLEN (SBN 234961)
Emily.Allen@usdoj.gov
W. MARK CONOVER (SBN 236090)
Mark.Conover@usdoj.gov
PHILLIP L.B. HALPERN (SBN 133370)
Phillip.Halpern@usdoj.gov
Assistant United States Attorneys
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-6964
*Attorneys for Plaintiff*
*United States of America*

THOMAS W. MCNAMARA (SBN 127280)
tmcnamara@mcnamarallp.com
LOGAN D. SMITH (SBN 212041)
lsmith@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile: (619) 269-0401

*Attorneys for Defendant Margaret E. Hunter*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DUNCAN D. HUNTER (1);<br>MARGARET E. HUNTER (2)<br><br>    Defendants. | Case No. 3:18-cr-03677-W<br><br>**JOINT MOTION TO CONTINUE SENTENCING HEARING OF DEFENDANT MARGARET E. HUNTER**<br><br>Judge:    Hon. Thomas J. Whelan<br>Ctrm:    3C<br>Current Hearing Date: December 2, 2019<br>Current Hearing Time: 9:00 a.m. |

Case No. 3:18-cr-03677-W
JOINT MOTION TO CONTINUE SENTENCING HEARING OF MARGARET HUNTER

1  The United States of America, by and through its attorneys of record, Emily
2  Allen, Philip L.B. Halpern, and W. Mark Conover, and Defendant Margaret E.
3  Hunter, by and through her attorneys of record, Thomas W. McNamara and Logan
4  D. Smith, respectfully move on a joint basis to request a continuance of Ms.
5  Hunter's sentencing hearing, which is currently set for December 2, 2019.  The
6  parties jointly request that the Court schedule the sentencing hearing for April 6,
7  2019 at 9:00 a.m.

8  In support of this joint motion, the parties provide the following grounds:

9  1. On June 13, 2019, during Ms. Hunter's change of plea hearing, the
10     Court set Ms. Hunter's sentencing hearing for September 16, 2019 at
11     9:00 a.m. (ECF No. 33);

12 2. On August 6, 2019, the parties jointly moved to continue Ms.
13    Hunter's sentencing hearing, so that Ms. Hunter's sentencing hearing
14    would take place after the trial of Co-Defendant Duncan Hunter had
15    been completed in light of her ongoing cooperation obligations. (ECF
16    No. 83);

17 3. On August 9, 2019, the Court granted the motion, finding good cause
18    for continuing Ms. Hunter's sentencing hearing, and set the
19    sentencing hearing of Ms. Hunter for December 2, 2019 at 9:00 a.m.
20    (ECF No. 86);

21 4. On October 7, 2019, the Court held a status hearing regarding the trial
22    date as to Co-Defendant Duncan Hunter and set his trial date for
23    January 22, 2020 (ECF No. 92);

24 5. Counsel for the United States of America and Co-Defendant Duncan
25    Hunter have previously advised the Court that they anticipate that the
26    trial will last several weeks; and

27 6. The parties respectfully request that Ms. Hunter's sentencing hearing
28    be rescheduled for April 6, 2019 (or any other convenient date for the

Court), so that the trial and sentencing of Co-Defendant Duncan Hunter is able to be completed prior to Ms. Hunter's sentencing hearing in light of her ongoing cooperation obligations.

For the foregoing reasons, the parties respectfully request to continue the date of Ms. Hunter's sentencing hearing to April 6, 2020 at 9:00 a.m.

Respectfully submitted,

Dated: October 22, 2019

DAVID D. LESHNER
Attorney for the United States
Acting under Title 28, U.S.C. Section 515

By: /s/ Emily W. Allen
EMILY W. ALLEN
Emily.Allen@usdoj.gov
W. MARK CONOVER
Mark.Conover@usdoj.gov
PHILLIP L. HALPERN
Phillip.Halpern@usdoj.gov
BRADLEY G. SILVERMAN
Bradley.Silverman@usdoj.gov
Assistant United States Attorneys

Dated: October 22, 2019

MCNAMARA SMITH LLP

By: /s/ Logan D. Smith
LOGAN D. SMITH
lsmith@mcnamarallp.com
THOMAS W. MCNAMARA
tmcnamara@mcnamarallp.com
*Attorneys for Defendant Margaret E. Hunter*

# CERTIFICATE OF SERVICE

     I hereby certify that on the 22nd day of October, 2019, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

| | |
|---|---|
| **VIA CM/ECF**<br>Emily W. Allen<br>Phillip L.B. Halpern<br>Assistant U.S. Attorneys<br>U.S. Attorney's Office<br>Southern District of California<br>880 Front Street, Room 6293<br>San Diego, CA 92101<br>Tel.:   (619) 546-9738<br>Emily.Allen@usdoj.gov<br>Phillip.Halpern@usdoj.gov<br>*Attorneys for United States of America* | **VIA CM/ECF**<br>Gregory A. Vega<br>Ricardo Arias<br>Philip B. Adams<br>Seltzer Caplan McMahon Vitek<br>750 B Street, Suite 2100<br>San Diego, California 92101-8177<br>Tel.:   619-685-3003<br>Fax:   619-685-3100<br>vega@scmv.com; arias@scmv.com; padams@scmv.com<br>*Attorneys for Defendant Duncan D. Hunter* |

**VIA CM/ECF**
Devin Burstein
Warren & Burstein
501 West Broadway, Suite 240
San Diego, Ca., 92101
Tel.:   619-234-4433
db@wabulaw.com
*Attorneys for Defendant Duncan D. Hunter*

 /s/ Logan D. Smith
Logan D. Smith
*Attorneys for Defendant Margaret E. Hunter*

Thomas W. McNamara (SBN 127280)
tmcnamara@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile:  (619) 269-0401

*Attorneys for Defendant Margaret E. Hunter*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUNCAN D. HUNTER (1)<br>MARGARET E. HUNTER (2)<br><br>Defendants. | Case No. 3:18-cr-03677-W<br><br>**ACKNOWLEDGMENT OF DEFENDANT MARGARET E. HUNTER REGARDING JOINT MOTION TO CONTINUE SENTENCING HEARING**<br><br>Judge:  Hon. Thomas J. Whelan<br>Ctrm:   3C<br>Current Hearing Date: December 2, 2019<br>Current Hearing Time: 9:00 a.m. |
|---|---|

I, **MARGARET E. HUNTER**, hereby declare the following:

1. I am aware that the parties have jointly moved to continue my sentencing hearing, currently scheduled for December 2, 2019 at 9 a.m.

2. I hereby acknowledge my responsibility to appear at Court on April 6, 2019 at 9:00 a.m. or on any other date ordered by the Court for my sentencing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 21th day of October, 2019, in San Diego, California.

By: _____
Margaret E. Hunter