AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. **18 CR 3677 W** |
| **DUNCAN HUNTER** | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**DUNCAN HUNTER**

Date: **October 28, 2019**

*Attorney's signature*

Paul J. Pfingst / Bar No. 112967
*Printed name and bar number*

**HIGGS FLETCHER & MACK LLP**
**401 West "A" Street, Suite 2600**
**San Diego, CA  92101**
*Address*

pfingst@higgslaw.com
*E-mail address*

619 236 1551
*Telephone number*

619 696 1410
*FAX number*