DAVID D. LESHNER
Attorney for the United States Attorney
Acting Under 18 U.S.C. § 515
BRADLEY G. SILVERMAN
District of Columbia Bar No. 1531664
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Tel: (619) 546-8762

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DUNCAN D. HUNTER, ) <br> MARGARET E. HUNTER, ) <br> ) <br> Defendant. ) | Case No. 18CR3677-W <br><br> NOTICE OF WITHDRAWAL OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my withdrawal as counsel in the above-captioned case.  Effective this date, <u>I am no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

**Name**

Bradley G. Silverman

Please feel free to call me if you have any questions about this notice.

DATED: October 28, 2019.

DAVID D. LESHNER
United States Attorney

s/Bradley G. Silverman
BRADLEY G. SILVERMAN