Devin Burstein (CSB 255389)
WARREN & BURSTEIN
501 West Broadway, Suite 240
San Diego, California 92101
(619) 234-4433
db@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-cr-3677-W |
| Plaintiff, | Acknowledgment of hearing date |
| v. | |
| DUNCAN D. HUNTER, | |
| Defendant. | |

I, Duncan Hunter, acknowledge my next court date is November 25, 2019, at 10:30 a.m. I will appear before the Court at that time

Respectfully submitted

Dated: 10/30/19

Duncan D. Hunter