# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE WILLIAM V. GALLO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DUNCAN D. HUNTER,<br><br>  Defendant. | Case No.: 18-cr-3677-W-WVG<br><br>Order permitting official travel |

Good cause appearing, and with no opposition, the Court grants Congressman Hunter's request to allow official travel to Belgium from December 13, 2019 through December 16, 2019. Prior to travel, he shall provide a full itinerary to his pretrial services officer.

**SO ORDERED**.

DATED: **11:53, Nov 8, 2019**

_____
Hon. William V. Gallo
United States Magistrate Judge