Gregory A. Vega, Esq. (CABN 141477)
Ricardo Arias, Esq. (CABN 321534)
Philip B. Adams, Esq. (CABN 317948)
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, Suite 2100
San Diego, California 92101-8177
Telephone: (619) 685-3003
Facsimile: (619) 685-3100
E-Mail: vega@scmv.com; padams@scmv.com;
arias@scmv.com

Attorneys for Defendant DUNCAN D. HUNTER

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Thomas J. Whelan)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DUNCAN D. HUNTER,<br><br>Defendant. | Case No. 18-CR-3677-W<br><br>**NOTICE OF MOTION AND MOTION OF SELTZER CAPLAN McMAHON VITEK, GREGORY A. VEGA, RICARDO ARIAS AND PHILIP B. ADAMS FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT DUNCAN D. HUNTER; DECLARATION OF GREGORY A VEGA**<br><br>Courtroom:  3 C<br>Trial Date:   January 22, 2020 |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:**

   PLEASE TAKE NOTICE that the law firm of Seltzer Caplan McMahon Vitek and attorneys Gregory A. Vega, Ricardo Arias and Philip B. Adams request leave to withdraw as co-counsel of record for Defendant DUNCAN D. HUNTER. Such request is made pursuant to Southern District of California Local Civil Rule 83.3(f)(3).

   Withdrawal will neither prejudice Defendant Duncan D. Hunter nor delay the

start of trial currently set for January 22, 2020. Defendant has been and will continue to be represented by Co-counsel Devin Burstein and Paul Pfingst. Messrs. Burstein and Pfingst are familiar with the issues presented, and Mr. Pfingst will be the lead trial counsel. Withdrawal is at the demand of Defendant Duncan D. Hunter.

Seltzer Caplan McMahon Vitek and attorneys Gregory A. Vega, Ricardo Arias and Philip B. Adams, have been informed by Defendant Duncan D. Hunter that he is terminating their representation of him in this matter. See Declaration of Gregory A. Vega in Support of Motion to Withdraw, at ¶ 2. Defendant Duncan D. Hunter initiated the termination of representation. See id., at ¶ 2.

Dated: November 13, 2019

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By:  *s/ Gregory A. Vega*
     Gregory A. Vega
Attorneys for Defendant, DUNCAN D. HUNTER

Dated: November 13, 2019

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By:  *s/ Ricardo Arias*
     Ricardo Arias
Attorneys for Defendant, DUNCAN D. HUNTER

Dated: November 13, 2019

SELTZER CAPLAN McMAHON VITEK
A Law Corporation

By:  *s/ Philip B. Adams*
     Philip B. Adams
Attorneys for Defendant, DUNCAN D. HUNTER

# DECLARATION OF GREGORY A. VEGA

I, Gregory A Vega, am not a party in the above-entitled action. I am over the age of 18, have personal knowledge of the facts and events referred to in this Declaration, and am competent to testify to the matters stated below.

1. I, along with my associates Ricardo Arias and Philip B. Adams, and my law firm Seltzer Caplan McMahon Vitek, am co-counsel of record for Defendant, DUNCAN D. HUNTER. This declaration is made in support of the motion we have brought seeking the Court's leave to withdraw as co-counsel of record for Defendant DUNCAN D. HUNTER.

2. On November 13, 2019, I spoke with Defendant Duncan D. Hunter and was told that he was terminating Seltzer Caplan McMahon Vitek, Ricardo Arias, Philip B. Adams and me from representing him in this matter. Defendant Duncan D. Hunter initiated the termination of representation.

3. In conformance with the attached proof of service, a copy of this motion is being served on the client concurrently with service on co-counsel and the U.S. Attorney.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on November 13, 2019, at San Diego, California.

/s/ Gregory A. Vega
Gregory A. Vega, Declarant

||||
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |
| 3 | UNITED STATES OF AMERICA, | Case No. 18-CR-3677-W |
| 4 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 5 | | |
| 6 | v. | Courtroom: 3 C<br>Trial Date: January 22, 2019 |
| 7 | DUNCAN D. HUNTER, | |
| 8 | Defendant. | |

I, the undersigned, am a citizen of the United States and am at least 18 years of age. My business address is 750 B Street, Ste. 2100, San Diego, CA 92101. I am not a party to this action.

On today's date, I served THE NOTICE OF MOTION AND MOTION OF SELTZER CAPLAN MCMAHON VITEK, GREGORY A. VEGA, RICARDO ARIAS AND PHILIP B. ADAMS FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT DUNCAN D. HUNTER; DECLARATION OF GREGORY A VEGA on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    **Phillip L B Halpern**   Phillip.Halpern@usdoj.gov

    **W Mark Conover**   mark.conover@usdoj.gov

    **Emily Allen**   emily.allen@usdoj.gov

    **Devin Jai Burstein**   db@wabulaw.com

    **Paul Joseph Pfingst**   pfingst@higgslaw.com

Additionally, I caused the foregoing to be forwarded to Defendant Duncan Hunter, via e-mail and certified mail on today's date.

Case No. 18-CR-3677-W

1  I declare, under penalty of perjury under the laws of the United States of
2  America, that the foregoing is true and correct. Executed on November 13, 2019, at San
3  Diego, California.

_____
Ricardo Arias