| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 3 2019 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 19-50242 |
| Plaintiff-Appellee, | D.C. No. 3:18-cr-03677-W-1 |
| v. | Southern District of California, San Diego |
| DUNCAN D. HUNTER, | ORDER |
| Defendant-Appellant. | |

Before: GRABER and BERZON, Circuit Judges, and EZRA,[*] District Judge.

Appellant's motion to dismiss this appeal is GRANTED. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs on appeal.

This order shall act as the mandate of this court.

---

[*] The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.