# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Thomas J. Whelan

| FROM: S. Dunbar, Deputy Clerk | RECEIVED DATE: December 9, 2019 |
|---|---|
| CASE NO. 18-cr-03677-W | DOC FILED BY: Jose Maciapalmas |
| CASE TITLE: USA v. Hunter et al | |
| DOCUMENT ENTITLED: Letter | |

Upon the submission of the attached document(s), the following discrepancies are noted:

Filer is not a party not the case CrimLR1.1(e)(5)

Ex parte communication is prohibited CrimLR 1.1(e)(27)

Date Forwarded: December 9, 2019

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: 12/11/19   CHAMBERS OF: The Honorable Thomas J. Whelan

cc: All Parties   By: _____