FILED
MAR 03 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____________ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DUNCAN D. HUNTER (1),
MARGARET E. HUNTER (2),

Defendants.

Case No.: 18CR3677-W

**ORDER AUTHORIZING THE PARTIES TO FILE SENTENCING MEMORANDA MORE THAN 25-PAGES IN LENGTH**

**IT IS HEREBY ORDERED**, that the parties may exceed the 25-page limit imposed by the United States District Court, Southern District of California's Local Criminal Rule ("CrimLR") 47.1(e) (relating to Pre-Trial Criminal Motions) when filing their sentencing memoranda.

DATED: 3/2/20

HONORABLE THOMAS J. WHELAN
U.S. DISTRICT COURT JUDGE