Thomas W. McNamara (SBN 127280)
tmcnamara@mcnamarallp.com
Logan D. Smith (SBN 212041)
lsmith@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1680
San Diego, California 92101
Telephone: (619) 269-0400
Facsimile:  (619) 269-0401

*Counsel for Margaret E. Hunter*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>        v.<br><br>DUNCAN D. HUNTER (1)<br>MARGARET E. HUNTER (2)<br><br>             Defendants. | Case No. 3:18-cr-03677-W<br><br>**NOTICE OF CHANGE OF ADDRESS FOR THOMAS W. MCNAMARA**<br><br>Judge:   Hon. Thomas J. Whelan<br>Ctrm:    3C |
|---|---|

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT, as of March 2, 2020, the address for
3  Thomas W. McNamara, attorney for Defendant Margaret E. Hunter, has changed.
4  Mr. McNamara's new contact information for service of notices and documents is
5  below:

6      Thomas W. McNamara
    tmcnamara@mcnamarallp.com
7      McNamara Smith LLP
    655 West Broadway, Suite 1680
8      San Diego, CA 92101
    Telephone:  619-269-0400
9      Facsimile:   619-269-0401

10

11  Dated:  March 9, 2020　　　　　　　MCNAMARA SMITH LLP

12
13  　　　　　　　　　　　　　　　　　By: /s/ Thomas W. McNamara
　　　　　　　　　　　　　　　　　Thomas W. McNamara
　　　　　　　　　　　　　　　　　Email: tmcnamara@mcnamarallp.com
14  　　　　　　　　　　　　　　　　　*Attorneys for Defendant Margaret E.*
　　　　　　　　　　　　　　　　　*Hunter*
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2020, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

**VIA CM/ECF**
Emily W. Allen
W. Mark Conover
Phillip L.B. Halpern
Assistant U.S. Attorneys
U.S. Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101
Tel.:   (619) 546-9738
Emily.Allen@usdoj.gov;
Mark.Conover@usdoj.gov;
Phillip.Halpern@usdoj.gov
*Attorneys for United States of America*

**VIA CM/ECF**
Paul J. Pfingst
Higgs, Fletcher and Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Tel.:   619-236-1551
Fax:   619-696-1410
pfingst@higgslaw.com
*Attorneys for Defendant Duncan D. Hunter*

**VIA CM/ECF**
Devin J. Burstein
Warren & Burstein
501 West Broadway, Suite 240
San Diego, Ca., 92101
Tel.:   619-234-4433
db@wabulaw.com
*Attorneys for Defendant Duncan D. Hunter*


  /s/ Thomas W. McNamara
Thomas W. McNamara
*Attorneys for Defendant Margaret E. Hunter*

Case No. 3:18-cr-03677-W
CERTIFICATE OF SERVICE