| | |
|---|---|
| 1 | Thomas W. McNamara (SBN 127280) |
|   | tmcnamara@mcnamarallp.com |
| 2 | Logan D. Smith (SBN 212041) |
|   | lsmith@mcnamarallp.com |
| 3 | MCNAMARA SMITH LLP |
|   | 655 West Broadway, Suite 1680 |
| 4 | San Diego, California 92101 |
|   | Telephone: (619) 269-0400 |
| 5 | Facsimile: (619) 269-0401 |

*Counsel for Margaret E. Hunter*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-03677-W |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS FOR LOGAN D. SMITH** |
| v. | Judge:   Hon. Thomas J. Whelan |
| DUNCAN D. HUNTER (1) | Ctrm:    3C |
| MARGARET E. HUNTER (2) | |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT, as of March 2, 2020, the address for Logan D. Smith, attorney for Defendant Margaret E. Hunter, has changed.  Mr. Smith's new contact information for service of notices and documents is below:

> Logan D. Smith
> lsmith@mcnamarallp.com
> McNamara Smith LLP
> 655 West Broadway, Suite 1680
> San Diego, CA 92101
> Telephone:  619-269-0400
> Facsimile:   619-269-0401

Dated:  March 9, 2020               MCNAMARA SMITH LLP

                                    By: /s/ Logan D. Smith
                                    Logan D. Smith
                                    Email: lsmith@mcnamarallp.com
                                    *Attorneys for Defendant Margaret E. Hunter*

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of March, 2020, the foregoing document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.

**VIA CM/ECF**
Emily W. Allen
W. Mark Conover
Phillip L.B. Halpern
Assistant U.S. Attorneys
U.S. Attorney's Office
Southern District of California
880 Front Street, Room 6293
San Diego, CA 92101
Tel.:   (619) 546-9738
Emily.Allen@usdoj.gov;
Mark.Conover@usdoj.gov;
Phillip.Halpern@usdoj.gov
*Attorneys for United States of America*

**VIA CM/ECF**
Paul J. Pfingst
Higgs, Fletcher and Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
Tel.:   619-236-1551
Fax:   619-696-1410
pfingst@higgslaw.com
*Attorneys for Defendant Duncan D. Hunter*

**VIA CM/ECF**
Devin J. Burstein
Warren & Burstein
501 West Broadway, Suite 240
San Diego, Ca., 92101
Tel.:   619-234-4433
db@wabulaw.com
*Attorneys for Defendant Duncan D. Hunter*


 /s/ Logan D. Smith
Logan D. Smith
*Attorneys for Defendant Margaret E. Hunter*