Devin Burstein (Ca. 255389)
Warren & Burstein
501 West Broadway, Suite 240
San Diego, Ca., 92101
(619) 234-4433
db@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DUNCAN D. HUNTER,<br><br>        Defendant. | Case No. 18-cr-3677-W<br><br>Joint motion to modify surrender date. |

The parties respectfully request the Court extend Congressman Hunter's self-surrender date to on or before January 4, 2021 at 12:00 p.m. The parties submit this extension is appropriate due to the ongoing COVID-19 pandemic and the unknown impacts the disease will have in the coming months.

In exchange for the government's agreement to this motion, Congressman Hunter agrees not to file a motion for sentencing modification pursuant to 18 U.S.C. § 3582(c) or to seek any form of pre-surrender credit for home confinement toward the 11-month custodial term imposed by this Court.

1

An acknowledgement of the surety is attached, and a proposed order will be submitted to the Court along with this motion.

        Respectfully submitted
        with the consent of all parties,

Dated: May 5, 2020        /s/ *Devin Burstein*
        Devin Burstein
        Warren & Burstein

Dated: May 5, 2020        /s/ *Emily Allen*
        Emily Allen
        Assistant United States Attorney

## Signature Certification

I certify that all parties signing above are aware of the content of the above document and have authorized me to sign for them.

Dated: May 5, 2020        /s/ *Devin Burstein*
        Devin Burstein
        Warren & Burstein

## DECLARATION OF SURETY

I, Duncan Lee Hunter, declare the following to be true:

1. I am the surety for my son, Congressman Duncan D. Hunter.

2. I am aware of, and concur in, the request to modify his self-surrender date to January 4, 2021.

Dated: MAY 4, 2020

_____
Duncan Lee Hunter