# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE THOMAS J. WHELAN)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DUNCAN D. HUNTER,<br><br>　　　　Defendant. | Case No.: 18-cr-3677-W<br><br>Order modifying surrender date |

Good cause appearing, the Court grants the joint motion to continue Congressman Hunter's surrender date. He shall surrender to a facility designated by the Bureau of Prisons on or before January 4, 2021, at 12:00 p.m.

**SO ORDERED.**

DATED: 5/5/00

_____
Hon. Thomas J. Whelan
United States District Judge