Devin Burstein (Ca. 255389)
Warren & Burstein
501 West Broadway, Suite 240
San Diego, Ca., 92101
(619) 234-4433
db@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DUNCAN D. HUNTER,<br><br>Defendant. | Case No. 18-cr-3677-W<br><br>Acceptance of full and unconditional pardon, and unopposed motion to exonerate bond |

On December 22, 2020, the President of the United States issued Mr. Hunter a full and unconditional pardon "FOR HIS CONVICTION in the United States District Court for the Southern District of California on an indictment (Docket No. 3: 18-CR-03677-W-l) charging violation of Section 371, Title 18, United States Code, for which he was sentenced on March 17, 2020, to 11 months' imprisonment, three years' supervised release, and a $100 special assessment." (Attached).

With gratitude to the President, Mr. Hunter accepts the pardon. *See Burdick v. United States*, 236 U.S. 79, 94 (1915) (a Presidential pardon must be

1

accepted to be effective).  He further moves the Court, unopposed, for an order exonerating his bond.  Counsel will submit a proposed order along with this filing.

                                              Respectfully submitted,

Dated: December 29, 2020           /s/ *Devin Burstein*
                                               Devin Burstein
                                               Warren & Burstein

# Executive Grant of Clemency

# DONALD J. TRUMP

## *President of the United States of America*

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

BE IT KNOWN, THAT THIS DAY, I, DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, PURSUANT TO MY POWERS UNDER ARTICLE II, SECTION 2, CLAUSE 1, OF THE CONSTITUTION, HAVE GRANTED UNTO

### DUNCAN D. HUNTER

### A FULL AND UNCONDITIONAL PARDON

FOR HIS CONVICTION in the United States District Court for the Southern District of California on an indictment (Docket No. 3:18-CR-03677-W-1) charging violation of Section 371, Title 18, United States Code, for which he was sentenced on March 17, 2020, to 11 months' imprisonment, three years' supervised release, and a $100 special assessment.

I HEREBY DESIGNATE, direct, and empower the Office of the Pardon Attorney, as my representative, to sign a grant of clemency to the person named herein. The Office of the Pardon Attorney shall declare that its action is the act of the President, being performed at my direction.

IN TESTIMONY WHEREOF, I have hereunto caused this Pardon to be recorded with the Department of Justice.



*Done at the City of Washington in the District of Columbia this twenty-second day of December in the year of our Lord Two Thousand and Twenty and of the Independence of the United States the Two Hundred and Forty-fifth.*



DONALD J. TRUMP
PRESIDENT